**FILED**
**JUN 1 5 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Satnam Singh**
Northwest State Correctional Facility
Swanton, Vermont 05488
Inmate # 79538

VS.                          Civil Action No     Case: 1:07-cv-01064
                                                 Assigned To : Leon, Richard J.
Federal Bureau of Investigation                  Assign. Date : 6/15/2007
Department Of Justice.                           Description: FOIA/Privacy Act
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535-0001

## COMPLAINT

  Plaintiff (Satnam Singh) pro se is **being force to file this lawsuit because of Defendant (FBI) mischief and "above the law mentality"** in refusing to provide Plaintiff (Satnam Singh) his FOIA file. Plaintiff (Satnam Singh) request this court help, in ordering the Defendant (Federal Bureau of Investigation) to provide within 20(twenty) days of the filling of this Complaint in this action, a detailed justification for allegations contained to why they are depriving, delaying and **lying** to this plaintiff (Satnam Singh) right's in obtaining his information under the Freedom of Information Act **since 2004**. Defendant (FBI) provides false statement that there were no records of plaintiff (Satnam Singh). Enclose documents are:

1: Letter dated **September 29, 2004** from Mr David M. Hardy-Section Chief of Record/ Information at the FBI acknowledging they receive my request for my Freedom of Information-Privacy Acts (FOIA) and provided me with a request no of **1005633-00**.

2: **FBI false written statement** dated on **April 14, 2005** that they don't have any information **"at FBI Headquarters located no records responsive to your FOIPA request to indicate you and / or the subject(s) of your request have ever been of investigatory interest to the FBI."**

3: Plaintiff (Satnam Singh) letter dated **April 28, 2005** appealing FBI agencies **"false discloser"** to the Co-Director of Office of Information and Privacy.

4: Receive response on **May 11, 2005** from Ms Priscilla Jones, Chief Administrative of the Office of Information and Privacy with my assignment number of **05-1679** regarding my appeal.

5: Letter dated **August 25 2005** from the Office of Information and Privacy regarding my appeal and acknolgement that **"the FBI conducted a further search and located records responsive to your request"**. Why is the FBI depriving plaintiff (Satnam Singh) of his files after they acknowledge they have it? Why is the FBI deliberly violating the FOIA Law?

6: Plaintiff (Satnam Singh) letter dated **August 31, 2005** to Mr David M. Hardy, Section Chief for Record/ Information at the FBI requesting my documents under the FOIA. Informing them why are they using delaying tactics to deprive me of my records.

7: Another Plaintiff (Satnam Singh) letter dated **October 27, 2005** to Mr David M. Hardy, Section Chief of Record/Information at the FBI requesting my FOIA file.

8: Another Plaintiff (Satnam Singh) letter dated **May 24, 2006**.to Mr David M. Hardy, Section Chief of Record/Information at the FBI requesting my FOIA file.

9: Another Plaintiff (Satnam Singh) letter dated **August 21, 2006** to Deputy Director Ms Melanie Ann Pustay at the Office of Information and Privacy (OIP), requesting their help in obtaining my FOIA file.

10: Letter dated **October 25 2006** from director Daniel J. Metcalfe informing me that the FBI is currently processing my request. **Look at letter dated on August 25 2005 they said they have located my records.** Why is the FBI now stating that they are now currently processing my request? **More lies**

1

11: Another Plaintiff (Satnam Singh) letter dated on **October 30th 2006**, requesting my FOIA file from Mr David M. Hardy, Section Chief for Record/Information at the FBI with no response and no FOIA file yet.

12: **March 10th, 2007** article from The Burlington Free Press. "For three years the FBI **underreported to Congress** how often it used the national security letters to ask businesses to turn over customer data" This shows that the FBI have no regard for the law and is **willing to lie to Congress** because they believe that they above the law. Enclose is the article.

13. **February 19th, 2004** article reporting "**Misconduct by F.B.I. Agents is a 'List or Horrors'** in the New York Times. With examples of agents who committed rape, sexually crimes against children, other sexual deviance and misconduct, attempt murder of a spouse, and narcotics violations, among many others. The F.B.I. sought to **"cover up"** the findings of its 2000 report by slowing the research and blocking its release. Is the F.B.I above the law?

### Relief

Relief sought by Plaintiff (Satnam Singh) is, all information obtain by the FBI legally or illegally on him. An itemization and index of all documents claimed to be exempt, correlating specific statements in such justification with actual portion of the requested document. See **Vaugh v. Rosen, 484 F.2d 820 (D.C. Cir 1973), cert den., 415 U.S. (77(1974)**

With the overwhelming evidence enclosed and deliberate delays by the defendant (FBI), plaintiff request the court to order defendant ( FBI ) to release all information immediately at no cost to plaintiff (Satnam Singh) and pay plaintiff $350 for court cost or to the court, for filling this complaint. Plaintiff is unemployed and any money he receive is use to buy basic needs like coffee, hygiene products, boxers and etc. We are not provided any coffee in the morning for our breakfast. The items in our commissary are over price, like $9.20 for an 8 oz instant coffee, compare to $3 to $4 in the local stores.

Plaintiff is in a small 250 men prison in Vermont from Florida because the State of Florida would not respect plaintiff religious right's, which require him to maintain uncut hair. My religion is SIKH. If defendant (FBI) refuses to abide by Judge Order to release Plaintiff (Satnam Singh) FOIA file within 20(twenty) days, plaintiff requests a $1000 per day fine to be paid to;

**The Salvation Army UPS Card Fund (National Prison Card Ministry).**
**Mr Rick Fitzwater—Coordinator**
**C/O The Salvation Army**
**3637 Broadway Blvd**
**Kansas City, Mo 64141-2577**


Respectfully Submitted,

Satnam Singh
Inmate# 79538
Northwest State Correctional Facility
3649 Lower Newton Road
Swanton, Vt 05488
May 11th, 2007

2



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

September 29, 2004

MR SINGH SATNAM
**71847-004
LOW SECURITY CORRECTIONAL INSTITUTION-ALLENWOOD
POST OFFICE BOX 1000
WHITE DEER, PA 17887

Request No.: 1005633- 000
Subject: SATNAM, SINGH

Dear Mr. Satnam:

| ☒ | This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request. |
|---|---|
| ☐ | For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death. |
| ☐ | To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose. |
| ☐ | If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person. |
| ☐ | We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible. |
| ☐ | Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible. |

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

07 1064
FILED
JUN 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


U.S. Department of Justice



Federal Bureau of Investigation

Washington, D.C. 20535

April 14, 2005

MR SINGH SATNAM
**71847-004
LOW SECURITY CORRECTIONAL INSTITUTION-ALLENWOOD
POST OFFICE BOX 1000
WHITE DEER, PA 17887

Request No.: 1005633- 000
Subject: SATNAM, SINGH

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

Based on the information furnished, a search of the automated indices to our Central Records System files as well our Electronic Surveillance indices, at FBI Headquarters located no records responsive to your FOIPA request to indicate you and/or the subject(s) of your request have ever been of investigatory interest to the FBI. The automated indices is an index to all records created since January l, 1958, in security, applicant, and administrative matters, as well as to all records created since January 1, 1973, in criminal matters.

Although no main file records responsive to your FOIPA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

Satnam Singh
Low Security Correctional Institution - Allenwood
P.O. Box 1000
White Deer, PA 17887
April 28, 2005

<u>INFORMATION APPEAL</u>
REQUEST No: 1005633-000
SUBJECT   : SATNAM SINGH

Dear Sir
Co-Director
OFFICE OF INFORMATION AND PRIVACY

Enclose is a copy dated April 14, 2005 informing me that at "FBI Headquarters located no records responsive to your FOIPA request to indicate you and/or the subject(s) of your request have ever been of investigatory interest to the FBI, I strongly disagree.

I am requesting that the Co-Director, at the Office of Information and Privacy of the Department of Justice, look into my "Information Appeal".

I sincerely appreciate your response and I thank you in advance.

Sincerely

Satnam Singh
4/28/05



U.S. Department of Justice

Office of Information and Privacy

Telephone: (202) 514-3642　　　　　　　　　　Washington, D.C. 20530

MAY 11 2005

Mr. Satnam Singh
Register No. 71847-004
Low Security Correctional Institution - Allenwood
P.O. Box 1000
White Deer, PA 17887

　　　　Re: Request No. 1005633-000

Dear Mr. Singh:

　　　This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on May 4, 2005.

　　　The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-1679**. Please mention this number in any future correspondence to this Office regarding this matter.

　　　We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　*Priscilla Jones*

　　　　　　　　　　　　　　　　　Priscilla Jones
　　　　　　　　　　　　　　　　　Chief, Administrative Staff

Receive on

**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642          Washington, D.C. 20530

AUG 2 5 2005

Mr. Satnam Singh
Register No. 71847-004
LSCI Allenwood                    Re:   Appeal No. 05-1679
Post Office Box 1000                    Request No. 1005633
White Deer, PA  17887                   RLH:ADW:JTR

Dear Mr. Singh:

   You appealed from the action of the Headquarters Office of the Federal Bureau of Investigation on your request for access to records concerning you.

   After carefully considering your appeal, and as a result of discussions between FBI personnel and a member of my staff, the FBI conducted a further search and located records responsive to your request. Accordingly, I have decided to remand your request for processing of the responsive records. The FBI will send the releasable portions of these records to you directly. If you are dissatisfied with the FBI's ultimate action on these records, you may appeal again to this Office.

   If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                                        Sincerely,

                                        Richard L. Huff
                                        Co-Director

Satnam Singh, H71847-004
Low Security Correctional Institution - Allenwood
P.O. Box 1000
White Deer PA 17887
August 31, 2005

Marked on 8/31/05
Registered mail # 7003 3110 0006 1299 1685

REQUEST No: 1005633-000
APPEAL No: 05-1679

Dear David M. Hardy
Section Chief,

    Enclose is the response by Co-Director, Richard L. Huff of the U.S Department of Justice, regarding my APPEAL. I can't believe the F.B.I would use delay tactics to deprive me of my rights.

    I would appreciate it, if the F.B.I would provide me with all information on me, in your Central Records Systems files, Electronic Surveillance indices and all legal and illegal methods that were use to gather information on me, till today.

    My other option is to file a lawsuit and get the Major news media involve. I sincerely hope that your agency will expedite my request and not deprive me of my rights again.

Sincerely
Satnam Singh
8/31/05

Satnam Singh, # 11847-004
Northeast Ohio Correctional Center
2240 Hubbard Road
Youngstown Ohio 44505
October 27, 2005


David M. Hardy, SECTION CHIEF
   Record/Information   Dissemination Section
   Records Management Division


<u>REQUEST No: 1005633-000</u>
   APPEAL No: 05-1679
      RLH: ADW: JTR


Dear Mr. David M. Hardy

   Enclose is the photo copy letter dated August 25, 2005 that shows the FBI department of the F.O.I.A have deprive me of my information and use delay tactics to hide the truth.
   I have yet to receive any and all information, legally and illegally obtain about me. Also all fabrication information made against me by F.B.I agent Charles Wilcox.
   Conveniently, I have been move. My prison address is on the top left of this letter. I sincerely would appreciate, your help in obtaining this information, soon.
      Thank You


Sincerely

Satnam Singh
10/27/05

Satnam Singh
Northwest State Correctional Facility
3649 Lower Newton Road
Swanton, VT 05488
May 24, 2006


Mailed on 5/24/06

Mr David M. Hardy, Section Chief
Records Management Division
Federal Bureau of Investigation
935 Pennsylvania Av. N.W
Washington D.C 20535-0001

Re: Request No: 1005633
Appeal No: 05-1679

Dear Mr. David Hardy

I have completed my federal sentence on April 7, 2006 and have not received any information under the Freedom of Information-Privacy Acts (FOIPA) that I have requested since 2004.

I would sincerely appreciate if you could provide this information now to my new prison address on the top left of this letter. and I thank you in advance for it.

Sincerely

Satnam Singh
5/24/06

Satnam Singh, #79538
Northwest State Correctional Facility
3649 Lower Newton Road
Swanton, VT 05488
August 21, 2006

Ms Melanie Ann Pustay - Deputy Director
United States Department of Justice
OIP/570 Flag Building, Suite 570
Washington D.C 20530

Appeal No: 05-1679
Request No: 1005633
MAP : JTR

Dear Ms Melanie Ann Pustay

    I have been trying to obtain my information under the F.O.I.Act since 2004 and every effort have been made to delay and deprive me of this information.

    Enclose is two documents, the first is your letter dated December 9, 2005 to me. The second is my letter dated May 24, 2006 to the F.B.I with my new prison address in Vermont, still no response from them.

    I am appealing to this office to help me in obtaining all information on me and I thank you in advance for your help.

Sincerely

**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642      Washington, D.C. 20530

OCT 25 2006

Mr. Satnam Singh
No. 79538
Northwest State Correctional Facility    Re:    Appeal No. 05-1679
3649 Lower Newton Road                  Request No. 1005633
Swanton, VT 05488                       ADW:JTR

Dear Mr. Singh:

    This responds to your letter of August 21, 2006, concerning the status of the Federal Bureau of Investigation's action following your appeal.

    By letter dated August 25, 2005, this Office informed you that your appeal of the denial of your request for records pertaining to yourself was being remanded for further processing. A member of my staff has confirmed that the FBI currently is processing your remanded request. However, I am not able to provide you with a specific time when you may expect a response from the FBI. If you have any further questions concerning the status of your request, you should communicate directly with the FBI using the information below.

    If you remain dissatisfied with the action of the FBI, you may seek judicial review as indicated in letter dated August 25, 2005 (copy enclosed). I regret that I am unable to provide you further assistance in this matter.

Sincerely,

Daniel J. Metcalfe
Director

Enclosure

cc:    Mr. David M. Hardy, Chief
       Record/Information Dissemination Section
       Records Management Division
       Federal Bureau of Investigation
       Department of Justice
       935 Pennsylvania Avenue, NW
       Washington, DC 20535-0001

       FOIA Requester Service Center:
       (202) 324-9486

*Recewe on Oct 28/06*

Satnam Singh
No. 79538
Northwest State Correctional Facility
3649 Lower Newton Road
Swanton, Vt 05488
October 30th 2006.


Mr David M. Hardy, Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Department of Justice
935 Pennsylvania Av, NW.
Washington, DC 20535-0001


                    Re: Appeal No. 05-1679
                         Request No. 1005633
                         ADW : JTR

Dear Mr Hardy:

     Enclose is the letter from Director Daniel J. Metcalfe of the Office of Information and Privacy. I would sincerely appreciate if your office could give me an update on when I could expect to receive my F.O.I.A file. **I have requested this information since 2004.**

     My other option , as instructed by Director Metcalfe is to file a judicial review in the accordance with  5 U.S.C.  522(a) (4) (B). In the next 30 days.

     I anxiously await your response and thank you in advance for it.



Sincerely,


Satnam Singh

# FBI abused Patriot Act power

- Agency unlawfully dug through personal information in 'serious misuses' of authority

**By Lara Jakes Jordan**
*The Associated Press*

WASHINGTON — The nation's top two law enforcement officials acknowledged Friday the FBI broke the law to secretly pry out personal information about Americans. They apologized and vowed to prevent further illegal intrusions.

Attorney General Alberto Gonzales left open the possibility of pursuing criminal charges against FBI agents or lawyers who improperly used the USA Patriot Act in pursuit of suspected terrorists and spies.

The FBI's violations were spelled out in a damning 126-page audit by Justice Department Inspector General Glenn A. Fine. He found that agents sometimes demanded personal data on people without official authorization, and in other cases improperly obtained telephone records in non-emergency circumstances.

The audit also concluded that the FBI for three years underreported to Congress how often it used national security letters to ask businesses to turn over customer data. The letters are administrative subpoenas that do not require a judge's

See PATRIOT, 2A

FE
SUSAN WALSH, *The Associated Press*
Robert Mueller speaks at FBI headquarters of, D.C., on Friday to discuss the gathering ormation.

## PATRIOT: FBI abused search powers

**Continued from Page 1A**

approval.

"People have to believe in what we say," Gonzales said. "And so I think this was very upsetting to me. And it's frustrating."

Under the Patriot Act, the national security letters give the FBI authority to demand that telephone companies, Internet service providers, banks, credit bureaus and other businesses produce personal records about their customers or subscribers. About three-fourths of the letters issued between 2003 and 2005 involved counterterror cases, with the rest for espionage investigations, the audit reported.

Shoddy record-keeping and human error were to blame for the bulk of the problems, said Justice auditors, who were careful to note they found no indication of criminal misconduct.

Still, "we believe the improper or illegal uses we found involve serious misuses of national security letter authorities," the audit concluded.

FBI Director Robert S. Mueller said many of the problems were being fixed, including by building a better internal data collection system and training employees on the limits of their authority. The FBI has also scrapped the use of "exigent letters," which were used to gather information without the signed permission of an authorized official.

"But the question should and must be asked: How could this happen? Who is accountable?" Mueller said. "And the answer to that is, I am to be held accountable."

Mueller said he had not been asked to resign, nor had he discussed doing so with other officials. He said employees would probably face disciplinary actions, not criminal charges, following an internal investigation of how the violations occurred.

*The Burlington Free Press.*
*March 10th 2007*

# Senator Says Report Chronicling Misconduct by F.B.I. Agents Is a 'List of Horrors'

By ERIC LICHTBLAU

WASHINGTON, Feb. 18 — A leading Republican senator charged Wednesday that the Federal Bureau of Investigation may have long tolerated egregious, even criminal conduct by some of its agents, including rape, embezzlement and extortion.

The senator, Charles E. Grassley of Iowa, released an internal report prepared by the F.B.I in 2000, which examined 107 instances of serious and sometimes criminal misconduct by its agents over a 16-year period.

The study found that the agents accused of wrongdoing often had a history of disciplinary proceedings and that the F.B.I. had hired some agents despite "a checkered past" and negative recommendations.

F.B.I. agents have been hit with a number of espionage and criminal scandals in recent years, with a former internal affairs official sentenced just last week to 12 years in prison in Texas for child molesting. But the internal report suggested that many cases of wrongdoing had never before been made public.

"The shocking report is a laundry list of horrors," Mr. Grassley said in a letter to the F.B.I., "with examples of agents who committed rape, sexual crimes against children, other sexual deviance and misconduct, attempted murder of a spouse, and narcotics violations, among many others."

Cassandra Chandler, an F.B.I. spokeswoman, said that the agency "takes seriously its commitment to holding its employees to the highest standards of conduct" and had taken strong steps to strengthen its disciplinary process.

An F.B.I. official who spoke on condition of anonymity said: "This is an old report, and a lot of this stuff has been dealt with and people have been prosecuted. You won't find any organization that doesn't have problems. People have weaknesses, and when the bureau becomes aware of that, we act on it."

Even so, the F.B.I.'s disciplinary process continues to undergo scrutiny. Robert S. Mueller III, director of the F.B.I., became so concerned about an "erosion of trust" in the process that he appointed an outside commission last May to study the problem. The commission's report is due to be completed soon.

But Mr. Grassley, a senior member of the Judiciary Committee who has pushed for tougher oversight of the F.B.I., charged that the bureau sat on results of that review and sought to "cover up" the findings of its 2000 report by slowing the research and blocking its release. Bureau officials denied the accusations.

"While it's laudable that the F.B.I. does fire agents who commit such terrible acts," Mr. Grassley said in his letter, "these findings raise concerns about whether the F.B.I. was dealing with problem agents soon enough and rigorously enough, possibly because of a reluctance to impose severe discipline."

The internal report in 2000 studied agents who had been fired by the bureau or left under investigation of wrongdoing from 1986 through 1999. The study found that dismissals for egregious behavior were generally "infrequent," averaging about 8.5 agents a year, or a rate of less than one in 1,000. A similar number of agents resigned under inquiry or retired abruptly in those years.

The fired agents were generally not newcomers. They averaged more than 10 years on the job before their misconduct, and 70 percent had received commendations for their work. About 65 percent of the former agents engaged in "long-term misconduct," and about 45 percent had a history of disciplinary problems, including suspensions.

While the report did not list names or dates, it did describe 77 cases in which agents were fired and, in some cases, sent to prison.

For instance, a former agent with gambling and alcohol problems was found to have stolen more than $400,000 in bureau informant funds and went to prison. An agent who sold cocaine was also imprisoned. And a third agent was found to have raped a subordinate.

NY Feb 19/2004

JS-44
(Rev.1/05 DC)

Case 1:07-cv-01064-RJL    Document 1-3    Filed 06/15/2007    Page 1 of 2

CIVIL COVER SHEET

I
07-1064
RJL

## I (a) PLAINTIFFS

SATNAM SINGH

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE PR

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 79538

## DEFENDANTS

F.B.I.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-01064
Assigned To : Leon, Richard J.
Assign. Date : 6/15/2007
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(3)

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 F.O.I.A

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐

DEMAND $ _____ Check YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY

(See instruction) ☐ YES ☒ NO If yes, please complete related case form.

DATE 6.15.07

SIGNATURE OF ATTORNEY OF RECORD NJCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

