UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SATNAM SINGH              )
    Plaintiff,            )
                          )
                          )
v.                        )   CIVIL NO. 07-1064 (RJL)
                          )
FEDERAL BUREAU OF INVESTIGATION )
    Defendant.            )

## PRAECIPE

Defendant respectfully requests that the Clerk of the Court enter the appearance of Assistant United States Attorney Benton G. Peterson.

Respectfully submitted,

_____/s/_____
Benton G. Peterson, Bar No. 1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238
Benton.Peterson@usdoj.gov