UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SATNAM SINGH                              )
    Plaintiff,                              )
                                            )
                                            )
v.                                        )    CIVIL NO. 07-1064 (RJL)
                                            )
FEDERAL BUREAU OF INVESTIGATION )
    Defendant.                              )

**MOTION FOR ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a response to Plaintiff's complaint. In support of this request, the Defendant states as follows:

1. The Defendant's answer is due to be filed on July 25, 2007. This is Defendant's first request Court.

2. Plaintiff's Freedom of Information Act ("FOIA") complaint involves the Federal Bureau of Investigation ("FBI") (headquarters).

3. The undersigned Assistant has recently learned that while the FBI has tried to locate the missing files referred to in paragraph 10 of the Complaint, it has been unable to do so despite a significant search effort.

4. In order to provide a response to the Plaintiff concerning the information he seeks, the undersigned has been informed that the FBI, as an exception to the regulatory standard set forth in 28 CFR §16.3a, has located and very recently retrieved, two field office files which contain records potentially responsive to Plaintiff's complaint.[1] The FBI intends to process these files

---

[1] The undersigned has also been informed that the FBI has in its discretion, taken this step despite the fact that plaintiff's original request was directed to Headquarters only.

and anticipates making a release of information to plaintiff.

5. A declaration further explaining the FBI's actions will be filed along with a response to Plaintiff complaint, however, the FBI requires more time to properly assess the information and answer Plaintiff's complaint.

6. Accordingly, Defendant is requesting up to and including August 9, 2007 to file its response to the Plaintiff's complaint.

5. Counsel for Defendant is currently unable to comply with LCvR 7(m) as Plaintiff is currently incarcerated.

Wherefore the Defendant requests until August 9, 2007, to file its response to the Plaintiff's complaint.

A proposed Order accompanies this motion.


Respectfully submitted,

_____
JEFFREY A. TAYLOR, BAR # 498610
United States Attorney


_____
BENTON G. PETERSON,  Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.  Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
Benton.Peterson@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SATNAM SINGH )<br>　　Plaintiff, )<br> )<br> )<br>v. )<br> )<br>FEDERAL BUREAU OF INVESTIGATION )<br>　　Defendant. ) | CIVIL NO. 07-1064 (RJL) |

ORDER

UPON CONSIDERATION of the Defendant's Motion For Enlargement of Time to File a Response to Plaintiff's Complaint, the grounds stated therefore and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted and Defendant will have until August 9, 2007 to file a response to Plaintiff's complaint.

_____
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SATNAM SINGH            )
   Plaintiff,              )
                                     )
                                     )
v.                      )   CIVIL NO. 07-1064 (RJL)
                                     )
FEDERAL BUREAU OF INVESTIGATION )
   Defendant.              )

ORDER

UPON CONSIDERATION of the Defendant's Motion For Enlargement of Time to File a Response to Plaintiff's Complaint, the grounds stated therefore and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted and Defendant will have until August 9, 2007 to file a response to Plaintiff's complaint.

_____
UNITED STATES DISTRICT COURT JUDGE