UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SATNAM SINGH                                      )
    Plaintiff,                                         )
                                                               )
                                                               )
v.                                                              )    CIVIL NO. 07-1064 (RJL)
                                                               )
FEDERAL BUREAU OF INVESTIGATION )
    Defendant.                                        )

**MOTION FOR ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a response to Plaintiff's complaint.  In support of this request, the Defendant states as follows:

1. The Defendant's answer is due to be filed on August 9, 2007.  This is Defendant's second request for an extension of time.

2. Plaintiff's Freedom of Information Act ("FOIA") complaint involves the Federal Bureau of Investigation ("FBI") (headquarters).

3. The Assistant United States Attorney ("AUSA") with primary responsibility in this matter is awaiting information from agency counsel, which is necessary to file a response in this matter.

4. In addition, the AUSA was required to travel out of town unexpectedly between August 3-10, 2007 due to emergency family matters.  Moreover, upon his return he will be required to travel out of town for depositions in a separate  matter before the District Court.

5. Accordingly, Defendant is requesting up to and including August 20, 2007 to file its response to the Plaintiff's complaint.

6. Counsel for Defendant is currently unable to comply with LCvR 7(m) as Plaintiff is currently incarcerated.

Wherefore the Defendant requests until August 20, 2007, to file its response to the Plaintiff's complaint. A proposed Order accompanies this motion.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, BAR # 498610
United States Attorney


_____
BENTON G. PETERSON,  Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.  Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
Benton.Peterson@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SATNAM SINGH )<br>    Plaintiff, )<br>)<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION )<br>    Defendant. ) | CIVIL NO. 07-1064 (RJL) |

ORDER

UPON CONSIDERATION of the Defendant's Motion For Enlargement of Time to File a Response to Plaintiff's Complaint, the grounds stated therefore and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted and Defendant will have until August 20, 2007 to file a response to Plaintiff's complaint.

_____
UNITED STATES DISTRICT COURT JUDGE