UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SATNAM SINGH            )
    Plaintiff,          )
                        )
                        )
v.                      )        CIVIL NO. 07-1064 (RJL)
                        )
FEDERAL BUREAU OF INVESTIGATION )
    Defendant.          )

## ANSWER TO COMPLAINT

Defendant, by and through, the United States Attorney for the District of Columbia, hereby answers the complaint as follows:

### AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The complaint fails for a lack of subject matter jurisdiction.

### THIRD DEFENSE

In response to what appears to be the only specific allegations of the complaint, defendant states as follows:

The first unnumbered paragraph appears to give plaintiff's characterization of this action and statement of jurisdiction to which no response is required. To the extent a response is deemed necessary, defendant denies the allegations in the first unnumbered paragraph.

1. Admit.

2. Admit except to deny the allegation concerning a false statement by defendant. The Court is respectfully referred to the letter which is the best evidence of its contents

3. Admit except to deny the allegation concerning the defendant as a "false discloser." The

Court is respectfully referred to the letter which is the best evidence of its contents.

    4. Admit.

    5. Admit the first sentence. The remaining allegations appear to comprise plaintiff's theory of liability which contain legal conclusions and arguments to which responses are not required. To the extent a response is deemed necessary, defendant denies the remainder of the paragraph.

    6. Admit that plaintiff sent a letter to defendant dated August 31, 2005 and deny the remainder of the allegations in the paragraph. The Court is respectfully referred to the letter which is the best evidence of its contents.

    7. Admit that plaintiff sent a letter to defendant dated October 27, 2005. The Court is respectfully referred to the letter which is the best evidence of its contents.

    8. Admit that plaintiff sent a letter to defendant dated May 24, 2006. The Court is respectfully referred to the letter which is the best evidence of its contents.

    9. Admit that plaintiff sent a letter to defendant dated August 21, 2006. The Court is respectfully referred to the letter which is the best evidence of its contents.

    10. Admit that plaintiff sent a letter to defendant dated October 25, 2006. Deny the remainder of paragraph 10 which appears to contain legal arguments to which no response is required. To the extent a response is required, defendant denies the remaining allegations in paragraph 10. The Court is respectfully referred to the letters referred to which are the best evidence of their contents.

    11. Defendant is unable to either admit or deny as it does not have the necessary knowledge to determine the correctness of plaintiff's allegation.

    12. Admit that there was an article in the Burlington Free Press dated March 10, 2007 that contains the language quoted by plaintiff. The remainder of paragraph 12 contains legal arguments

to which no response is required. To the extent a response is required, defendant denies the remaining allegations in paragraph 12.

13. Admit that there was an article in the New York Times dated February 19, 2004 that contains the language quoted by plaintiff. The remainder of paragraph 13 contains legal arguments to which no response is required. To the extent a response is required, defendant denies the remaining allegations in paragraph 13.

## PRAYER FOR RELIEF

The remainder of the complaint is a demand for judgment and prayer for relief in the plaintiff's complaint, which requires no answer. To the extent that an answer is deemed required, defendant denies that the plaintiff is entitled to the relief requested or any relief whatsoever. Defendant denies each and every allegation set forth in plaintiff's complaint not specifically admitted herein.

WHEREFORE, having fully answered, defendant respectfully requests that the Court dismiss the Complaint with prejudice and award defendant such further relief as the Court may deem appropriate.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, Bar # 434122
Assistant United States Attorney

_____
BENTON G. PETERSON, Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. Civil Division
Washington, D.C. 20530
(202) 514-7238 514-8780 (Facsimile)

                                                    **Benton.Peterson@usdoj.gov**

**CERTIFICATE OF SERVICE**

      I certify that the foregoing was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

>Satinam Singh
>Inmate #79538
>Northwest State Correctional Facility
>3649 North Newton Road
>Swanton, Vt. 05488

on August 20, 2007

 

                                                         _____
                                                         BENTON G. PETERSON
                                                         ASSISTANT U.S. ATTORNEY