UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SATNAM SINGH     )
   Plaintiff,    )
         )
         )
v.        )  CIVIL NO. 07-1064 (RJL)
         )
FEDERAL BUREAU OF INVESTIGATION )
   Defendant.   )

**DEFENDANT'S PROPOSED BRIEFING SCHEDULE[1]**

   Plaintiff, pro se prisoner, has filed the aforementioned action pursuant to the Freedom

of Information Act, 5 U.S.C. § 552.  Prior to the Court setting a briefing schedule in this matter,

Defendant requests an opportunity to provide Plaintiff with the documents requested and time to

determine whether the released documents with asserted exemptions satisfy Plaintiff's request

sufficient to moot this litigation.  To that end, Defendant proposes the following briefing

schedule:

   Defendant's Release of Responsive Documents December 7, 2007

   Plaintiff's Notification to Defendant   January 7, 2008

     (and if applicable:)

   Defendant's Motion for Summary Judgment March 3, 2008;

---

[1]Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." The Rule does not require counsel to discuss those motions with *pro se* litigants.  Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with non-prisoner *pro se* parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any non-prisoner *pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

Plaintiff's Opposition                    April 3, 2008; and

Defendant's Reply                         April 18, 2008.

Defendant realizes that it may be requesting a significant amount of time to release the responsive documents to the Plaintiff.  In support of its request for time to release responsive documents, Defendant submits the attached declaration of David M. Hardy ("Decl."), with exhibits, and further states as follows:

1.  On September 21, 2004, Plaintiff submitted a written FOIA/PA request for all records that include his name from every retrievable source.  Plaintiff requested information from every system of records to include computers and electronic surveillance ("ELSUR").  Decl. at ¶ 6.


2.  Plaintiff advised the FBI of his willingness to pay reasonable copying fees for the requested records.  Further, Plaintiff enclosed a Certification of Identity form.   In response to the Plaintiff's FOIA/PA request, FBIHQ initiated a standard search of  records in the CRS to identify all potentially responsive main files.  Searches were conducted using the name "Satnam Singh", which would cover a phonetic breakdown of both names.  For example, these searches would locate records using the phonetic sounds of each last and first name relating to the following names: "Singh, Satnam", "Satnam, Singh",  and "Singh, S." Decl. at ¶ 36.


3.   The FBI also used Plaintiff's date of birth to facilitate the identification of requested records in order to locate any main investigatory files maintained at FBIHQ.  As result of this search, FBIHQ ultimately identified one main file and determined that this file was not responsive to Plaintiff's request, since the Defendant misinterpreted Plaintiff's FOIA/PA request as a request for ELSUR records only. Id.

4.  The Defendant searched the ELSUR Index at FBIHQ for any records concerning "Satnam Singh" with negative results. Decl. at ¶ 37.

5.  During the course of Plaintiff's administrative appeal, the Defendant discovered its error in misinterpreting Plaintiff's request and requested OIP to remand Plaintiff's request. Upon remand, the Defendant attempted to retrieve the main file, identified as responsive in the initial search, but has since been unable to locate it despite a significant search effort. In order to provide Plaintiff with available information , the Defendant, as an exception to the regulatory standard set forth in 28 C.F.R. § 16.3a,[2] has recently located and retrieved one Washington Field Office ("WFO") main file, and one Baltimore Field Office main file, which was consolidated. While technically not responsive to Plaintiff's request to FBIHQ, these field office files correspond to the subject of request. The Defendant has taken this initiative despite the fact that Plaintiff's FOIA/PA request was directed to FBIHQ. The Defendant intends to process these files and anticipates that it will require approximately ninety (90) days. Decl. at ¶ 38.

6.  The undersigned has been informed that the 90 day time frame is a good faith estimate. Defendant has recently experienced a significant increase in its FOIA litigation workload with no corresponding increase in personnel, including several urgent and competing federal district court litigation deadlines (including the FBI's largest FOIA litigation in its history, <u>Rosenfeld v.U.S. Department of Justice, et al.</u>, Civ. A. Nos. 90-3576-MHP, 85-1709-MHP and 85-2247-MHP (N.D. Cal.); <u>Electronic Frontier Foundation v. Department of Justice, et.al.</u>, Civ. A. No. 06-CV-

---

[2]  The cited CFR provision places requesters on notice that if they are seeking records they believe may be located in Defendant field offices, they must send their FOIA request to the specific field office rather than FBIHQ.

1708 (D.D.C.), ( Open America stay requested); Electronic Frontier Foundation v. Department of Justice, et.al, Civ. A. No. 06-1773 (R.B.W.)    (approximately 70,000 potentially responsive pages and approximately 30,000 pages reviewed for responsiveness) ; Electronic Frontier Foundation v. Department of Justice, Civ. A. No. 07-CV-656 (D.D.C.) (approximately 100, 000 responsive pages; the FBI processing  2,500 pages every 30 days until completion); Vampire Nation v. Department of Justice, et al., Civ. A. No. 06-CV-01950 (D.D.C.) ( Open America stay requested). Decl ¶¶ 41-45.

Wherefore, Defendant respectfully requests that the Court adopt the foregoing briefing schedule allowing time for Defendant to locate and process responsive documents and allowing time for Plaintiff to review and inform Defendant whether the instant litigation is moot.

Dated: September 5, 2007

Respectfully submitted,

_____
JEFFREY A. TAYLOR, BAR # 498610
United States Attorney

_____
RUDOLPH  CONTRERAS, Bar # 434122
Assistant United States Attorney

_____
BENTON G. PETERSON,  Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.  Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
 **Benton.Peterson@usdoj.gov**

## CERTIFICATE OF SERVICE

I certify that the foregoing  was served upon plaintiff by depositing a copy of it in the U.S.

Mail, first class postage prepaid, addressed to:

Satinam Singh
Inmate #79538
Northwest State Correctional Facility
3649 North Newton Road
Swanton, Vt. 05488

on September 5, 2007

_____

_____BENTON G. PETERSON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SATNAM SINGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-CV-01064 (RJL) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1)     I am currently the Section Chief of the Record/Information Dissemination Section

("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation

Headquarters ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002.

Prior to joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate

General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of

Information ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1,

1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely

worked with FOIA matters. I am also an attorney who has been licensed to practice law in the

State of Texas since 1980.

(2)     In my official capacity as Section Chief of RIDS, I supervise approximately 209

employees who staff a total of ten (10) FBIHQ units and a field operational service center unit

whose collective mission is to effectively plan, develop, direct and manage responses to requests

for access to FBI records and information pursuant to the FOIA; Privacy Act; Executive Order

12958, as amended; Presidential, Attorney General and FBI policies and procedures; judicial

decisions and Presidential and Congressional directives.  The statements contained in this

declaration are based upon my personal knowledge, upon information provided to me in my

official capacity, and upon conclusions and determinations reached and made in accordance

therewith.

      (3)     Due to the nature of my official duties, I am familiar with the procedures followed

by the FBI in responding to requests for information from its files pursuant to the provisions of

the FOIA, 5 U.S.C. 552, and the Privacy Act of 1974, 5 U.S.C. § 552a.  Specifically, I am aware

of the treatment which has been afforded the FOIA/Privacy Act ("FOIA/PA") request of plaintiff

Satnam Singh for access to records pertaining to himself.

      (4)     The purpose of this declaration is to provide the Court and plaintiff with an

explanation of the administrative history of the handling of plaintiff's FOIA/PA request and the

procedures used to search for records responsive to his request.

### CHRONOLOGY OF PLAINTIFF'S FOIA/PRIVACY ACT REQUEST

      (5)     By letter dated September 21, 2004, to FBIHQ, plaintiff submitted a FOIA/PA

request for all records that include his name from every retrievable source.  Plaintiff requested

information from every system of records to include computers and electronic surveillance

("ELSUR").  Plaintiff advised the FBI of his willingness to pay reasonable copying fees for the

requested records.  Further, plaintiff enclosed a Certification of Identify form.  **(See Exhibit A.)**

      (6)     By letter dated September 29, 2004, FBIHQ acknowledged receipt of plaintiff's

2

FOIA/PA request and assigned it FOIPA Request No. 1005633.  (**See Exhibit B.**)

(7)    By letter dated October 5, 2004, plaintiff thanked the FBI for having responded to his FOIA/PA request and asked if it could be expedited. (**See Exhibit C.**)

(8)    By letter dated March 15, 2005, to FBIHQ, plaintiff followed up on FOIPA Request No. 1005633, stating that he had not received any information and requested that the FBI explain the delay.  (**See Exhibit D.**)

(9)    By letter dated April 13, 2005, plaintiff advised FBIHQ that he still had not received any information.  Plaintiff advised FBIHQ of the importance of the information and requested the FBI to expedite his request.   (**See Exhibit E.**)

(10)    By letter dated April 14, 2005, FBIHQ advised plaintiff that a search of the automated indices of the Central Records System ("CRS") as well as the Electronic Surveillance ("ELSUR") indices at FBIHQ located no records responsive to his FOIA/PA request.  FBIHQ advised plaintiff that although no main file records responsive to his FOIA/PA request were located in its automated indices, he was entitled to file an administrative appeal to the U.S. Department of Justice ("DOJ"), Office of Information and Privacy ("OIP").  (**See Exhibit F.**)

(11)    By letter dated April 28, 2005, plaintiff appealed the FBI's action to OIP. (**See Exhibit G.**)

(12)    By letter dated May 11, 2005, OIP acknowledged receipt of plaintiff's appeal and assigned it Appeal No. 05-1679. (**See Exhibit H.**)

(13)    By letter dated August 25, 2005, OIP advised plaintiff that after discussions between FBI personnel and a member of the OIP staff, the FBI had conducted a further search

3

and located records responsive to his request. OIP advised plaintiff of its decision to remand his

request for processing of these responsive records. OIP stated that the FBI would send the

releasable portions of the records directly to him. Plaintiff was advised of his right to appeal to

OIP if dissatisfied with the FBI's ultimate action on these records. OIP also advised plaintiff of

his right to seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B) if dissatisfied with its

action on his appeal. (See Exhibit I.)

(14)    By letter dated August 31, 2005, to FBIHQ, plaintiff requested all information that

pertained to him from the FBI's CRS files, ELSUR indices and all legal and illegal methods used

to gather information on himself. Plaintiff requested FBIHQ to expedite his request. Plaintiff

enclosed a copy of OIP's response letter dated August 25, 2005.

(See Exhibit J.)

(15)    By letter dated August 29, 2005, to OIP, plaintiff requested an update on Appeal

No. 05-1679. (See Exhibit K.)

(16)    By letter dated September 16, 2005, OIP responded to plaintiff that his appeal had

been adjudicated on August 25, 2005 and provided a copy of the response letter.

(See Exhibit L.)

(17)    By letter dated October 27, 2005, plaintiff advised FBIHQ that he had yet to

receive any records. Plaintiff also requested "all fabricated information made against him by FBI

Special Agent ("SA") Charles Wilcox." Plaintiff provided his new address. (See Exhibit M.)

(18)    By letter dated November 24, 2005, plaintiff advised OIP that he had sent a

registered letter to the FBI with his new address. Plaintiff again sought expedition of his request.

4

Plaintiff requested all information using any Data Mining Technology Software like the "Verity

K2 Enterprise" software, communications including e-mails between any FBI agents with local

law enforcement officials or informants regarding himself, any documents pertaining to any

investigation that mentioned his name or alias, as well as all behavioral science analyses on

himself.  Plaintiff inquired about administrative remedies and options available to him before

seeking a judicial review.

**(See Exhibit N.)**

(19)    By letter dated December 9, 2005, OIP responded to plaintiff's letter,  which again

requested expedition of his remanded request.  OIP advised plaintiff that although its office had

handled his appeal, his request had been remanded to the FBI for further processing.  Plaintiff

was advised that DOJ regulations required requests for expedited processing to be made to the

proper component.  OIP advised plaintiff that since the FBI was handling his request, the FBI

would be the proper component to receive such a request.  OIP advised that if the FBI denied a

request for expedite processing, he could appeal to OIP.  OIP also advised that some of the

information requested in his November 24, 2005 letter appeared to have exceeded the scope of

FOIPA Request No. 1005633.  OIP advised plaintiff that to get additional information he would

need to submit a new request  to the FBI.  Further, OIP advised plaintiff of his right to seek

judicial review in accordance with 5 U.S.C. § 552(a)(6)(E)(iii).  **(See Exhibit O.)**

(20)     By letter dated May 24, 2006, plaintiff provided FBIHQ with a new address.

**(See Exhibit P.)**

(21)    By letter dated August 21, 2006, plaintiff advised OIP of his unsuccessful

5

attempts to obtain his information under FOIA/PA since 2004. Plaintiff appealed for help in obtaining all information pertaining to himself. **(See Exhibit Q.)**

(22)    By letter dated October 25, 2006, OIP advised plaintiff that the FBI was currently processing his remanded request. OIP stated that it could not provide a specific time when plaintiff could expect a response from the FBI. OIP advised plaintiff to communicate directly with the FBI concerning the status of his request. OIP also advised plaintiff that if he remained dissatisfied with the action of the FBI, he could seek judicial review. **(See Exhibit R.)**

(23)    By letter dated October 30, 2006, to FBIHQ, plaintiff requested the status of his FOIA/PA request and noted that he originally requested the information in 2004. **(See Exhibit S.)**

(24)    By letter dated December 12, 2006, FBIHQ advised plaintiff that a search of indices of the CRS at FBIHQ had located information which appeared to be responsive to his FOIA/PA request. FBIHQ stated that the material however, was currently unavailable and had been placed on "special locate." FBIHQ advised that if and when it verified that the information was pertinent to his request, it would notify plaintiff. Further, plaintiff was advised of his right to file an administrative appeal. **(See Exhibit T.)**

## EXPLANATION OF THE FBI'S CENTRAL RECORDS SYSTEM

(25)    The CRS enables the FBI to maintain all information which it has acquired in the course of fulfilling its mandated law enforcement responsibilities. The records maintained in the CRS consist of administrative, applicant, criminal, personnel, and other files compiled for law

enforcement purposes. CRS is organized into a numerical sequence of files, called FBI

"classifications," which are broken down according to subject matter. The subject matter of a file

may correspond to an individual, organization, company, publication, activity, or foreign

intelligence matter (or program). Certain records in the CRS are maintained at FBIHQ, whereas

records that are pertinent to specific field offices of the FBI are maintained in those field offices.

While the CRS is primarily designed to serve as an investigative tool, the FBI searches the CRS

for documents that are potentially responsive to FOIA/PA requests. The mechanism that the FBI

uses to search the CRS is the Automated Case Support System ("ACS").

(26)    The ACS was implemented for all Field Offices, Legal Attaches ("Legats"), and

FBIHQ in order to consolidate portions of the CRS that were previously automated. ACS can be

described as an internal computerized subsystem of the CRS. Because the CRS cannot

electronically query the case files for data, such as an individual's name or social security number,

the required information is duplicated and moved to the ACS so that it can be searched. More

than 105 million records from the CRS were converted from automated systems previously

utilized by the FBI. Automation did not change the CRS; instead, automation has facilitated more

economic and expeditious access to records maintained in the CRS.

(27)    The retrieval of data from the CRS is made possible through the ACS using the

General Indices, which are arranged in alphabetical order.[1] The entries in the General Indices fall

into two categories:

---

[1] The General Indices which became fully automated on September 24, 1987, also
include index cards which allow a manual search for records prior to that date.

(a) A "main" entry -- A "main" entry, or "main" file, carries the name corresponding with a subject of a file contained in the CRS.

(b) A "reference" entry --"Reference" entries, sometimes called "cross-references," are generally only a mere mention or reference to an individual, organization, or other subject matter, contained in a document located in another "main" file on a different subject matter.

(28)    Searches made in the General Indices to locate records concerning particular subjects, such as Satnam Singh, are made by searching the subjects requested in the index.

(29)    The ACS consists of three integrated, yet separately functional, automated applications that support case management functions for all FBI investigative and administrative cases:

(a)  Investigative Case Management ("ICM") – ICM provides the ability to open, assign, and close investigative and administrative cases as well as set, assign, and track leads. The Office of Origin ("OO"), which sets leads for itself and other field offices, as needed, opens a case. The field offices that receive leads from the OO are referred to as Lead Offices ("LOs"). When a case is opened, it is assigned a Universal Case File Number ("UCFN"), which is used by all FBIHQ, as well as all FBI field offices and Legats that are conducting or assisting in the investigation. Using the file number "26-BA-56765," as an example, an explanation of the UCFN is as follows: "26" indicates the classification for the specific type of investigation, i.e., Interstate Transportation of Motor Vehicles; "BA" is the abbreviated form used for the OO of the investigation, which in this case is the FBI's Baltimore Field Office; and "56765" denotes the individual case file number for the particular investigation.

(b)  Electronic Case File ("ECF") – ECF serves as the central electronic repository

8

for the FBI's official text-based documents. ECF supports the universal serial concept in that only

the creator of a document serializes it into a file. This provides a single-source entry of serials

into the computerized ECF system. All original serials are maintained in the OO case file.

      (c) Universal Index ("UNI") – UNI continues the universal concepts of ACS by

providing a complete subject/case index to all investigative and administrative cases. Only the

OO is required to index; however, the LOs may index additional information as needed. UNI, an

index of approximately 99.2 million records, functions to index names to cases, and to search

names and cases for use in FBI investigations. Names of individuals or organizations are

recorded with identifying applicable information such as date or place of birth, race, sex, locality,

Social Security number, address, and/or date of event.

    (30)   The decision to index names other than subjects, suspects, and victims is a

discretionary decision made by the FBI Special Agent ("SA") – and on occasion, support

employees – assigned to work on the investigation, the Supervisory SA ("SSA") in the field office

conducting the investigation, and the SSA at FBIHQ. The FBI does not index every name in its

files; rather, it indexes only that information considered to be pertinent, relevant, or essential for

future retrieval. Without a "key" (index) to this enormous amount of data, information essential

to ongoing investigations could not be readily retrieved. The FBI files would thus be merely

archival in nature and could not be effectively used to serve the mandated mission of the FBI,

which is to investigate violations of federal criminal and national security statutes. Therefore, the

General Indices to the CRS files are the means by which the FBI can determine what retrievable

information, if any, the FBI may have in its CRS files on particular subject matters or individuals,

i.e., Satnam Singh.

## ELECTRONIC SURVEILLANCE (ELSUR) INDICES

(31)    The ELSUR indices are used to maintain information on a subject whose electronic

and/or voice communications have been intercepted as the result of a consensual electronic

surveillance or a court-ordered (and/or sought) electronic surveillance conducted by the FBI.  The

ELSUR indices date back to January 1, 1960.  On or about October 9, 1991, the ELSUR indices

were automated.  Since that time, FBIHQ and all FBI field offices have electronically generated,

maintained, modified and accessed all ELSUR records.

(32)    The ELSUR indices are a separate system of records from the CRS.  Prior to

automation, the ELSUR indices consisted of index cards on individuals who had been the subject

of a microphone or telephone surveillance by the FBI from 1960.  As stated above, the previous

manual index card system was converted to an automated system on or about October 9, 1991.

These indices include individuals who were the (a) targets of direct surveillance, (b) participants

in monitored conversations, and (c) owners, leasers, or licensors of the premises where the FBI

conducted electronic surveillance.  In addition to the names of individuals in the above categories,

the card entries in the ELSUR index contain the date the voice was monitored, a source number to

identify the individual on whom the surveillance was installed, and the location of the FBI field

office that conducted the monitoring.

(33)    The ELSUR indices are published as a separate records system in the Federal

Register because not all names contained in the ELSUR index can be retrieved through the

General Index and CRS.  See 52 Fed. Reg. 8482 (1992).

10

(34)    The FBI field offices that have conducted electronic surveillances at any time from 1960 to the present also maintain ELSUR indices. Since January 1, 1960, the field offices have been including in their ELSUR indices -- reporting to FBIHQ for inclusion in its index -- the names of all persons whose voices have been monitored through a FBI microphone installation or a telephone surveillance. The names of monitored subjects are retrievable through the FBIHQ or local field office ELSUR indices.

(35)    Until 1969, FBI field offices were also required to forward the names of all persons mentioned during monitored conversations to FBIHQ for inclusion in the FBIHQ ELSUR index. Although FBIHQ discontinued this requirement in 1969, some field offices still include the names of individuals mentioned in monitored conversations in the field office's ELSUR index. However, the names of such persons cannot be retrieved through the FBIHQ ELSUR index.

## SEARCH FOR RECORDS RESPONSIVE TO PLAINTIFF'S REQUEST

(36)    In response to the plaintiff's FOIA/PA request, FBIHQ initiated a standard search of records in the CRS to identify all potentially responsive main files. Searches were conducted using the name "Satnam Singh", which would cover a phonetic breakdown of both names. For example, these searches would locate records using the phonetic sounds of each last and first name relating to the following names: "Singh, Satnam", "Satnam, Singh", and "Singh, S." The FBI also used plaintiff's date of birth to facilitate the identification of requested records in order to locate any main investigatory files maintained at FBIHQ. As result of this search, FBIHQ ultimately identified one main file, 26-HQ-453872 and determined that this file was not responsive to plaintiff's request, since the FBI misinterpreted plaintiff's FOIA/PA request as a

11

request for ELSUR records only.

(37)    The FBI searched the ELSUR Index at FBIHQ for any records concerning "Satnam Singh" with negative results.

(38)    During the course of plaintiff's administrative appeal, the FBI discovered its error and requested OIP to remand plaintiff's request. Upon remand, the FBI attempted to retrieve the main file 26-HQ-453872, identified as responsive in the initial search, but has since been unable to locate it despite a significant search effort. In order to provide plaintiff with available information , the FBI, as an exception to the regulatory standard set forth in 28 C.F.R. § 16.3a,[2] has recently located and retrieved one Washington Field Office ("WFO") main file 26B-WF-48866, and one Baltimore Field Office main file 26-BA-56765, which was consolidated into 26-BA-80228. While technically not responsive to plaintiff's request to FBIHQ, these field office files correspond to the subject of request. The FBI has taken this initiative despite the fact that plaintiff's FOIA/PA request was directed to FBIHQ. The FBI intends to process these files and anticipates that it will require approximately ninety (90) days.

(39)    In the absence of a specific request for a search of cross-references at the administrative level, the FBI's current policy is to search for and identify only "main" files responsive to FOIA/PA requests. In this case, plaintiff did not specifically request that a search be conducted for cross-references. Nevertheless, upon receipt of this litigation, the FBI did conduct a search for all records responsive to plaintiff's request to include main files and cross-

---

[2]  The cited CFR provision places requesters on notice that if they are seeking records they believe may be located in FBI field offices, they must send their FOIA request to the specific field office rather than FBIHQ.

12

references.  Only those "main" files and cross- references which could be positively identified to plaintiff were considered responsive.  In order to positively identify a "main" file or cross-reference as responsive, the FBI requires some type of identifying data, such as date or place of birth, home address, or Social Security number, which also has to be revealed in the indices. As a result of this search, the FBI located no responsive **FBIHQ** file cross-references.[3]

## PENDING FOIA LITIGATIONS

(40)    The FBI notes that the 90 days is a good faith estimate.  It has recently experienced a significant increase in its FOIA litigation workload, including several urgent and competing federal district court litigation deadlines:

(41)    In the FBI's largest FOIA litigation in its history, Rosenfeld v.U.S. Department of Justice, et al., Civ. A. Nos. 90-3576-MHP, 85-1709-MHP and 85-2247-MHP (N.D. Cal.), the FBI has been ordered by the Court to conduct hand searches of its COINTELPRO files for numerous subjects and to open 13 new FOIA requests on individual subjects.  In order to comply with these demands, the FBI has again had to realign its personnel resources and has made a substantial commitment of resources to address these court-ordered issues.

(42)    In Electronic Frontier Foundation v. Department of Justice, et.al., Civ. A. No. 06-CV-1708 (D.D.C.), plaintiff seeks disclosure of records concerning DCS-3000 and Red Hook, which are tools that the FBI has developed to conduct electronic surveillance.  The FBI had requested an Open America stay which was granted until May 9, 2008 with a further possibility of an extension.  The FBI has identified over 19,000 pages of potentially responsive records of which

---

[3] The search results pertaining to the "main" files are explained in ¶¶ 36 and 38.

13

1,604 pages have been released to plaintiff. Interim releases are due every four weeks.

(43)     In <u>Electronic Frontier Foundation v. Department of Justice, et.al,</u> Civ. A. No. 06-1773 (R.B.W.), plaintiff seeks records concerning the scope and privacy impact of the FBI's Investigative Data Warehouse, a huge database that holds hundreds of millions of records. The FBI has located approximately 70,000 potentially responsive pages and has reviewed approximately 30,000 to determine if responsive.

(44)     In <u>Electronic Frontier Foundation v. Department of Justice,</u> Civ. A. No. 07-CV-656 (D.D.C.), plaintiff seeks information on National Security Letters. The FBI has estimated approximately 100, 000 responsive pages. The court has ordered that the FBI process 2,500 pages every 30 days until completion.

(45)     In <u>Vampire Nation v. Department of Justice, et al.,</u> Civ. A. No. 06-CV-01950 (D.D.C.), the FBI requested an <u>Open America</u> stay from the Court and the motion is still pending. If this request is either denied by the Court or the requested processing time is substantially reduced, additional shifting of already strained employee resources will become necessary.

## CONCLUSION

(46)     The FBI has conducted a search in all systems of records likely to contain the information plaintiff seeks and has begun processing the two field office files which correspond to the FBIHQ file that has not been located. While these other court cases have mandated deadlines and are straining FBI resources, the FBI recognizes that it has an obligation to conclude plaintiff's request as soon as practicable. As a result, the FBI respectfully requests 90 days within which to review and process the WFO and BA files.

14

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct, and that Exhibits A through T attached hereto are true and correct copies.

Executed this _____ day of September, 2007.

DAVID M. HARDY
Section Chief
Record/Information Dissemination
Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

15

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SATNAM SINGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-01064(RJL) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |

# EXHIBIT A

September 21 | 2004
_____
Date

Re· FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

Dear Sir:

   This is a non-commercial request pursuant to the Freedom of Information Act, 5 U.S.C. § 552, as amended, and the Privacy Act of 1974, 5 U.S.C. § 552a, I hereby request a copy of all records in possession of your agency on myself or which makes reference to myself.  Please find a Certificate of Identity attached.

   I request a copy of all records wherein my name is utilized, and this request is all inclusive.  I will expect information from every retrievable source to include every system of records [including systems CS-.021; CS-.043; CS-.053; CS-.058, CS-.125; CS-.127; CS-.129; CS-.133; CS-.156; CS-.212; CS-.224; CS-.244; CS-.258] which includes computers.  I specifically request all records in regards to electronic surveillance.

   I will expect a legal justification for each and every deletion or excision made.  I want an index of all excised or withheld records.  The Acts provide you shall furnish me all non-exempt records.  I, of course, reserve the right to appeal any decision to withhold records.

   I will pay reasonably copying fees for these records. This request should be processed pursuant to the Privacy Act which provides that no fees shall be charged for locating and retrieving records.  5 U.S.C. § 552a(f)(5).

   As provided by the Acts, I will expect a response to this request within 10 working days of receipt.

Very truly yours,

Reg. No. 11847-004
PO Box 1000
Low Security Correctional Institution - Allenwood
White Deer, PA 17887
Attachment - Certificate of Identit.

Department of Justice                    Certification of identity                    FORM APPROVED OMB NO. 1105-001
                                                                                       EXPIRES 12/31/...

Agency Facility _____
Control Number _____

PRIVACY ACT STATEMENT. In accordance with 28 CFR Section 16.4 personal data suffic ent to identity the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department

Public reporting burden for this collection of information is estimated to average 0.25 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information, including suggestions for reducing this

of Justice systems of records or, not wrongfully disseminated by the Department. Failure to furnish this information will result in no action being taken on the request by the System Manager. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

burden, to Director Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530, and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington DC 20503.

FULL NAME OF REQUESTOR: **SINGH   SATNAM**

CURRENT ADDRESS **Low Security Correctional Institution, P.O. Box 1000 WHITE DEER, PA 17887**

DATE OF BIRTH **APRIL - 26 - 1960**

PLACE OF BIRTH **SINGAPORE**

EMPLOYEE IDENTIFICATION NUMBER, if applicable _____

(or Social Security Number) _____

I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000

Signature _____

Subscribed and sworn to before me this **21** day of **September** 19 **2004**

Signature of Notary _____

My Commission Expires **1/6/08**

NOTARIAL SEAL
JoAnne M Cannela, Notary Public
Gregg Twp., Union County
My commission expires January 6, 2008

The bottom portion of this form to be completed by requestor when he or she requests that information relating to himself or herself is released to another person

Further, pursuant to 5 U.S.C. 552a(b) I authorize the U.S. Department of Justice or any of its component organizations to release any and all information relating to me a _____ (attorney or other designee)

Signature _____

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SATNAM SINGH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-01064(RJL) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| Defendant. | ) |

# EXHIBIT B



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

September 29, 2004

MR SINGH SATNAM
**71847-004
LOW SECURITY CORRECTIONAL INSTITUTION-ALLENWOOD
POST OFFICE BOX 1000
WHITE DEER, PA 17887

Request No.:  1005633- 000
Subject: SATNAM, SINGH

Dear Mr. Satnam:

⊠     This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request
        to the FBI. The FOIPA number listed above has been assigned to your request.

☐     For an accurate search of our records, please provide the complete name, alias, date and
        place of birth for the subject of your request. Any other specific data you could  provide
        such as prior  addresses, or employment information would also be helpful.  If your
        subject is deceased, please  include date and proof of death.

☐     To make sure information about you is not released to someone else, we require your
        notarized  signature or, in place of a notarized signature, a declaration pursuant to Title
        28, United States Code 1746.  For your convenience, the reverse side of this letter
        contains a form which may be used for this purpose.

☐     If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for
        your arrest  record, please follow the enclosed instructions in Attorney General Order
        556-73.  You must submit fingerprint impressions so a comparison can be made  with the
        records kept by CJIS.  This is to make sure your information is not released to an
        unauthorized person.

☐     We are searching the indices to our central records system at FBI Headquarters for the
        information you requested, and will inform you of the results as soon as possible.

☐     Processing delays have been caused by the large number of requests received by the
        FOIPA.  We will process your request(s) as soon as possible.

    Your request has been assigned the number indicated above.  Please use this number in all
correspondence with us.  Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

SATNAM SINGH,                          )
                                       )
        Plaintiff,                     )
                                       )
            v.                         )   Civil Action No. 07-01064(RJL)
                                       )
FEDERAL BUREAU OF INVESTIGATION,       )
                                       )
        Defendant.                     )
                                       )

# EXHIBIT C

Satnam Singh, #71847-004
Low Security Correctional Institution - Allenwood
P.O. Box 1000
White Deer, PA 17887
October 5, 2004


Mr. David M. Hardy
Section Chief
Records Management Division

    Request No: 1 0 0 5 6 3 3 - 0 0 0
    Subject          SATNAM  SINGH

Dear  Mr. David M. Hardy

    I would like to take this time to thank you for responding to my request, regarding in obtaining all and any information about me, under the Freedom of Information Privacy Acts (FOIPA)
    I know how busy your department is, but if you could expedite my request, that will be greatly appreciated.


    Sincerely yours

    Sataam Singh.

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

SATNAM SINGH,                          )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )    Civil Action No. 07-01064(RJL)
                                      )
FEDERAL BUREAU OF INVESTIGATION,      )
                                      )
        Defendant.                    )

# EXHIBIT D

Satnam Singh # 71847-004
Low Security Correctional Institution - Allenwood
P.O. Box 1000
White Deer, PA 17887
March 15, 20005

    REQUEST No. 1005633-000
    SUBJECT     SATNAM SINGH


Dear David M. Hardy, Section Chief
Record/Information Dissemination Section.

    I hope you receive my Christmas and New Year card.
    I am following up regarding my Freedom of Information Privacy Acts (FOIPA) request, six month ago on September 21, 2004. I have yet to receive any information on myself. Could you please tell me what the delay is? I await your response.


Sincerely yours

Satnam Singh

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

SATNAM SINGH,                                )
                                             )
          Plaintiff,                         )
                                             )
          v.                                 )   Civil Action No. 07-01064(RJL)
                                             )
FEDERAL BUREAU OF INVESTIGATION,             )
                                             )
          Defendant.                         )
                                             )

# EXHIBIT E

Low Security Correctional Institution - Alenwood
P.O.Box 1000
White Deer, PA 17887
April 13, 2005

Request No: 1005633-000
Subject - Satnam Singh

Dear Mr David M. Hardy
Section Chief
Record /Information Dissemination Section

I wrote to you on September 21, 2004 requesting information about myself under the Freedom of Information Privacy Acts (FOIPA) and, I waited 6 months and didn't receive any information. I wrote to you again on March 18, 2005 hoping that I would receive some information. Still, nothing.

I am writing again, this information is important to me for my case.

I sincerely would appreciate it if you could expedite my request I await your response.

Sincerely yours
Satnam Singh

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SATNAM SINGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-01064(RJL) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT F



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

April 14, 2005

MR SINGH SATNAM
**71847-004
LOW SECURITY CORRECTIONAL INSTITUTION-ALLENWOOD
POST OFFICE BOX 1000
WHITE DEER, PA 17887

Request No.: 1005633- 000
Subject: SATNAM, SINGH

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

Based on the information furnished, a search of the automated indices to our Central Records System files as well our Electronic Surveillance indices, at FBI Headquarters located no records responsive to your FOIPA request to indicate you and/or the subject(s) of your request have ever been of investigatory interest to the FBI. The automated indices is an index to all records created since January I, 1958, in security, applicant, and administrative matters, as well as to all records created since January 1, 1973, in criminal matters.

Although no main file records responsive to your FOIPA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SATNAM SINGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-01064(RJL) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |

# EXHIBIT G

Satnam Singh, #71847-004
Low Security Correctional Institution - Allenwood
P.O. Box 1000
White Deer, PA  17887
APRIL 28, 2005


INFORMATION  APPEAL
REQUEST No: 1005633-000
SUBJECT   : SATNAM  SINGH


Dear Sir
Co-Director
OFFICE OF INFORMATION AND PRIVACY


Enclose is a copy dated April 14, 2005 informing me that at "FBI Headquarters located no records responsive to your FOIPA request to indicate you and/or the subject(s) of your request have ever been of investigatory interest to the FBI, I strongly disagree.

I am requesting that the Co-Director, at the Office of Information and Privacy of the Department of Justice, look into my "Information Appeal".

I sincerely appreciate your response and I thank you in advance.


Sincerely

Satnam Singh
4/28/05



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

April 14, 2005

MR SINGH SATNAM
**71847-004
LOW SECURITY CORRECTIONAL INSTITUTION-ALLENWOOD
POST OFFICE BOX 1000
WHITE DEER, PA 17887

Request No.: 1005633- 000
Subject: SATNAM, SINGH

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

Based on the information furnished, a search of the automated indices to our Central Records System files as well our Electronic Surveillance indices, at FBI Headquarters located no records responsive to your FOIPA request to indicate you and/or the subject(s) of your request have ever been of investigatory interest to the FBI. The automated indices is an index to all records created since January 1, 1958, in security, applicant, and administrative matters, as well as to all records created since January 1, 1973, in criminal matters.

Although no main file records responsive to your FOIPA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified .

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

SATNAM SINGH,                          )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 )    Civil Action No. 07-01064(RJL)
                                       )
FEDERAL BUREAU OF INVESTIGATION,       )
                                       )
        Defendant.                     )

# EXHIBIT H



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**MAY 1 1 2005**

Mr. Satnam Singh
Register No. 71847-004
Low Security Correctional Institution - Allenwood
P.O. Box 1000
White Deer, PA 17887

   Re:  Request No. 1005633-000

Dear Mr. Singh:

   This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on May 4, 2005.

   The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **05-1679**.  Please mention this number in any future correspondence to this Office regarding this matter.

   We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

       Sincerely,

       Priscilla Jones
       Chief, Administrative Staff

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SATNAM SINGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-01064(RJL) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# EXHIBIT I



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

AUG 2 5 2005

Mr. Satnam Singh
Register No. 71847-004
LSCI Allenwood                    Re:  Appeal No. 05-1679
Post Office Box 1000                   Request No. 1005633
White Deer, PA  17887                  RLH:ADW:JTR

Dear Mr. Singh:

　　　You appealed from the action of the Headquarters Office of the
Federal Bureau of Investigation on your request for access to records
concerning you.

　　　After carefully considering your appeal, and as a result of
discussions between FBI personnel and a member of my staff, the FBI
conducted a further search and located records responsive to your
request.  Accordingly, I have decided to remand your request for
processing of the responsive records.  The FBI will send the
releasable portions of these records to you directly.  If you are
dissatisfied with the FBI's ultimate action on these records, you may
appeal again to this Office.

　　　If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

　　　　　　　　　　　　　　Sincerely,


　　　　　　　　　　　　　　Richard L. Huff
　　　　　　　　　　　　　　Co-Director

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

|                                        |     |                                |
| -------------------------------------- | --- | ------------------------------ |
| SATNAM SINGH,                          | )   |                                |
|                                        | )   |                                |
| Plaintiff,                             | )   |                                |
|                                        | )   |                                |
| v.                                     | )   | Civil Action No. 07-01064(RJL) |
|                                        | )   |                                |
| FEDERAL BUREAU OF INVESTIGATION,       | )   |                                |
|                                        | )   |                                |
| Defendant.                             | )   |                                |

# EXHIBIT J

Satnam Singh #71847-004
Low Security Correctional Institution - Allenwood
P.O. Box 1000
White Deer PA 17887
August 31, 2005

REQUEST No: 1005633-000
APPEAL No: 05-1679

Dear David M. HARDY
   SECTION CHIEF


   Enclose is the response by Co-Director, Richard L. Huff of the U.S.
Department of Justice, regarding my APPEAL. I can't believe the F.B.I would
use delay tactics to deprive me of my rights.
   I would appreciate it, if the F.B.I would provide me with <u>all</u>
information on me, in your Central Records System files, Electronic
Surveillance indices and all legal and illegal methods that were use to
gather information on me, till today.
   My other option is to file a lawsuit and get the Major news
media involve. I sincerely hope that your agency will expedite my request
and not deprive me of my rights again.




Sincerely
Satnam Singh
8/31/05



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_ _Washington, D.C. 20530_

AUG 2 5 2005

Mr. Satnam Singh
Register No. 71847-004
LSCI Allenwood                    Re:   Appeal No. 05-1679
Post Office Box 1000                    Request No. 1005633
White Deer, PA  17887                   RLH:ADW:JTR

Dear Mr. Singh:

    You appealed from the action of the Headquarters Office of the
Federal Bureau of Investigation on your request for access to records
concerning you.

    After carefully considering your appeal, and as a result of
discussions between FBI personnel and a member of my staff, the FBI
conducted a further search and located records responsive to your
request.  Accordingly, I have decided to remand your request for
processing of the responsive records.  The FBI will send the
releasable portions of these records to you directly.  If you are
dissatisfied with the FBI's ultimate action on these records, you may
appeal again to this Office.

    If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                              Sincerely,

                              Richard L. Huff
                              Co-Director



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

April 14, 2005

MR SINGH SATNAM
**71847-004
LOW SECURITY CORRECTIONAL INSTITUTION-ALLENWOOD
POST OFFICE BOX 1000
WHITE DEER, PA 17887

Request No.: 1005633- 000
Subject: SATNAM, SINGH

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

Based on the information furnished, a search of the automated indices to our Central Records System files as well our Electronic Surveillance indices, at FBI Headquarters located no records responsive to your FOIPA request to indicate you and/or the subject(s) of your request have ever been of investigatory interest to the FBI. The automated indices is an index to all records created since January I, 1958, in security, applicant, and administrative matters, as well as to all records created since January 1, 1973, in criminal matters.

Although no main file records responsive to your FOIPA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified .

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

|                                      |   |                             |
|--------------------------------------|---|-----------------------------|
| SATNAM SINGH,                        | ) |                             |
|                                      | ) |                             |
|     Plaintiff,   | ) |                             |
|                                      | ) |                             |
|       v. | ) | Civil Action No. 07-01064(RJL) |
|                                      | ) |                             |
| FEDERAL BUREAU OF INVESTIGATION,     | ) |                             |
|                                      | ) |                             |
|     Defendant.   | ) |                             |
|                                      | ) |                             |

# EXHIBIT K

Satnam Singh, #71847-004
Low Security Correctional Institution-Allenwood
P.O.Box 1000
White Deer  PA  17887
August 29, 2005


ASSIGNED NUMBER : 05-1679


Dear Ms Priscilla Jones

    I would sincerely appreciate if you could give
me an update on my appeal, my assigned number
is 05-1679
    Thank you in advance for your help.


Sincerely

Satnam Singh
8/29/05

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SATNAM SINGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-01064(RJL) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |

# EXHIBIT L



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*


Mr. Satnam Singh                              **SEP 1 6 2005**
Register No. 71847-004
Low Security Correctional Institution
P.O. Box 1000
White Deer, PA 17887

Dear Mr. Singh:

     This responds to your letter dated August 29, 2005, addressed to this Office requesting the status of your appeal.

     Your appeal was adjudicated on August 25, 2005. For your convenience, I have enclosed a copy of the response.

                       Sincerely,

                       Priscilla Jones
                       Chief, Administrative Staff

Enclosure



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*          *Washington, D.C. 20530*

AUG 2 5 2005

Mr. Satnam Singh
Register No. 71847-004
LSCI Allenwood                    Re:  Appeal No. 05-1679
Post Office Box 1000                   Request No. 1005633
White Deer, PA  17887                  RLH:ADW:JTR

Dear Mr. Singh:

     You appealed from the action of the Headquarters Office of the
Federal Bureau of Investigation on your request for access to records
concerning you.

     After carefully considering your appeal, and as a result of
discussions between FBI personnel and a member of my staff, the FBI
conducted a further search and located records responsive to your
request.  Accordingly, I have decided to remand your request for
processing of the responsive records.  The FBI will send the
releasable portions of these records to you directly.  If you are
dissatisfied with the FBI's ultimate action on these records, you may
appeal again to this Office.

     If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                              Sincerely,


                              Richard L. Huff
                              Co-Director

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SATNAM SINGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-01064(RJL) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |

# EXHIBIT M

Satnam Singh, #11847-004
Northeast Ohio Correctional Center
2240 Hubbard Road
Youngstown Ohio 44505
October 27, 2005


David M. Hardy, SECTION CHIEF
  Record / Information    Dissemination Section
  Records Management Division


REQUEST No: 1005633-000
APPEAL No: 05-1679
RLH ADW JTR


Dear Mr. David M. Hardy

        Enclose is the photo copy letter dated August 25, 2005 that shows
the FBI department of the F.O.I.A have deprive me of my information and
use delay tactics to hide the truth.
        I have yet to receive any and all information, legally and illegally
obtain about me. Also all fabrication information made against me by F.B.I
agent Charles Wilcox.
        Conveniently, I have been move. My prison address is on the top
left of this letter. I sincerely would appreciate, your help in obtaining this
information, soon.
                Thank You


Sincerely

Satnam Singh
10/27/05



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

AUG 2 5 2005

Mr. Satnam Singh
Register No. 71847-004
LSCI Allenwood                    Re:    Appeal No. 05-1679
Post Office Box 1000                      Request No. 1005633
White Deer, PA  17887                     RLH:ADW:JTR

Dear Mr. Singh:

    You appealed from the action of the Headquarters Office of the
Federal Bureau of Investigation on your request for access to records
concerning you.

    After carefully considering your appeal, and as a result of
discussions between FBI personnel and a member of my staff, the FBI
conducted a further search and located records responsive to your
request.  Accordingly, I have decided to remand your request for
processing of the responsive records.  The FBI will send the
releasable portions of these records to you directly.  If you are
dissatisfied with the FBI's ultimate action on these records, you may
appeal again to this Office.

    If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                          Sincerely,


                          Richard L. Huff
                          Co-Director

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SATNAM SINGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-01064(RJL) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| Defendant. | ) | |

# EXHIBIT N

SATNAM SINGH,#71847-004
NEOCC
2240 HUBBARD ROAD
YOUNGSTOWN, OHIO 44505
NOVEMBER 24, 2005

                                    APPEAL NO : 05-1679
                                    REQUEST No. : 1005625
                                    RLH:ADW:JTR

Dear Mr. Richard L. Huff

        I have even send a registed letter to the F.B.I dept of F.O.I.A with my new
prison address, with the letter from your office dated on August 25, 2005.
        Conveniently they have found some information  on me. They are using a pattern
and pratice to deprive of my F.O.I.A request. I am seeking your help to expedite my request.
I am requesting the following information:


        1. All information using any Data Mining Technology Software like the
           "Verity K2 Enterprise" software.

        2  Communication between any F.B.I agents with local law enforcement officials
           and informant regarding me, including all e-mails.

        3  For any documents pertaining to any investigation that mention my name, with
           also my alias

        4. Need all Behavioral, Science and any analyis done on me.

        5. Also need a Vaughn Index.

        As a Federal prisoner, I would like to know what administrative remedies and
options are available to me before, I seek a judicial review in accordance with the
5 U.S.C  552 (a)(4)(B).




Sincerely
Satnam Singh
11/24/05

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SATNAM SINGH, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 07-01064(RJL) |
|  | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
|  | ) |
| Defendant. | ) |

# EXHIBIT O



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

DEC  9  2005

Mr. Satnam Singh
Register No. 71847-004
Northeast Ohio Correctional Center          Re:     Appeal No. 05-1679
2240 Hubbard Road                                    Request No. 1005633
Youngstown, OH 44505                                 MAP:JTR

Dear Mr. Singh:

        This responds to your letter dated November 24, 2005, in which you request expedited
processing of your remanded request, originally made to the Headquarters Office of the Federal Bureau
of Investigation.

        Although this Office previously handled your appeal, by letter dated August 25, 2005, your
request was remanded to the FBI for further processing.  Under Department of Justice regulations,
requests for expedited processing should be made to the proper component.  See 28 C.F.R.
§ 16.5(d)(2) (2005).  In this case, because the FBI is currently handling your request, the FBI, rather
than this Office, is the proper component to which you should submit any requests for expedited
processing.  If you submit a  request for expedited processing to the FBI which is denied, you may
appeal to this Office.

        Additionally, I note that some of the information that you request in your November 24, 2005
letter to this Office appears to exceed the scope of Request No. 1005633.  To the extent that you are
now asking for additional information, you will need to submit a new request directly to the FBI.

        If you are dissatisfied with my action on your request for expedited treatment of your appeal,
you may seek judicial review in accordance with 5 U.S.C. § 552(a)(6)(E)(iii).

                                Sincerely,

                                Melanie Ann Pustay
                                Deputy Director

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

SATNAM SINGH,                                    )
                                                )
        Plaintiff,                              )
                                                )
            v.                                  )    Civil Action No. 07-01064(RJL)
                                                )
FEDERAL BUREAU OF INVESTIGATION,                )
                                                )
        Defendant.                              )
                                                )

# EXHIBIT P

Satnam Singh
Northwest State Correctional Facility
3649 Lower Newton Road
Swanton, VT 05488
May 24, 2006


Mr. David M Hardy, Section Chief
Records Management Division
Federal Bureau of Investigation
935 Pennsylvania Av. N.W.
Washington D.C 20535-0001

<u>Re: Request   No: 1005633</u>
<u>Appeal    No: 05-1679</u>

Dear Mr. David Hardy

    I have completed my federal sentence on April 7, 2006 and have not received any information under the Freedom of Information Privacy Acts (FOIPA) that I have requested since 2004

    I would sincerely appreciate if you could provide this information now to my new prison address on the top left of this letter and I thank you in advance for it


Sincerely

Satnam Singh
    5/24/06

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SATNAM SINGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-01064(RJL) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT Q

Satnam Singh, #
Northwest State Correctional Facility
3649 Lower Newton Road
Swanton, VT 05488
August 21, 2006


Ms. Melanie Ann Pustay – Deputy Director
United States Department of Justice
OIP/570   Flag Building, Suite 570
Washington D.C  20530



Appeal No. 05-1679
Request No: 1005633
MAP    JTR

Dear Ms. Melanie Ann Pustay


    I have been trying to obtain my information under the F.O.I Act
Since 2004 and every effort have been made to delay and deprive me
of this information.
    Enclose is two documents, the first is your letter, dated December
9, 2005 to me. The second is my letter dated May 24, 2006 to the
F.B.I with my new prison address in Vermont, still no response from them.
    I am appealing to this office to help me in obtaining all
information on me and I thank you in advance for your help.


Sincerely

Satnam Singh



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

DEC  9 2005

Mr. Satnam Singh
Register No. 71847-004
Northeast Ohio Correctional Center          Re:    Appeal No. 05-1679
2240 Hubbard Road                                  Request No. 1005633
Youngstown, OH  44505                              MAP:JTR

Dear Mr. Singh:

  This responds to your letter dated November 24, 2005, in which you request expedited processing of your remanded request, originally made to the Headquarters Office of the Federal Bureau of Investigation.

  Although this Office previously handled your appeal, by letter dated August 25, 2005, your request was remanded to the FBI for further processing. Under Department of Justice regulations, requests for expedited processing should be made to the proper component. See 28 C.F.R. § 16.5(d)(2) (2005). In this case, because the FBI is currently handling your request, the FBI, rather than this Office, is the proper component to which you should submit any requests for expedited processing. If you submit a request for expedited processing to the FBI which is denied, you may appeal to this Office.

  Additionally, I note that some of the information that you request in your November 24, 2005 letter to this Office appears to exceed the scope of Request No. 1005633. To the extent that you are now asking for additional information, you will need to submit a new request directly to the FBI.

  If you are dissatisfied with my action on your request for expedited treatment of your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(6)(E)(iii).

        Sincerely,

        Melanie Ann Pustay
        Deputy Director

Satnam Singh
Northwest State Correctional Facility
3649 Lower Newton Road
Swanton, VT 05488
May 24, 2006


Mr. David M Hardy, Section Chief
Records Management Division
Federal Bureau of Investigation
935 Pennsylvania Av. N.W.
Washington D.C 20535-0001

<u>Re: Request No: 1005633</u>
<u>Appeal No: 05-1679</u>

Dear Mr. David Hardy

   I have completed my federal sentence on April 7, 2006 and have not received any information under the Freedom of Information Privacy Acts (FOIPA) that I have requested since 2004

   I would sincerely appreciate if you could provide this information now to my new prison address on the top left of this letter and I thank you in advance for it


Sincerely

Satnam Singh
  5/24/06

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SATNAM SINGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-01064(RJL) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT R



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                          *Washington, D.C. 20530*

**OCT 2 5 2006**

Mr. Satnam Singh
No. 79538
Northwest State Correctional Facility          Re:    Appeal No. 05-1679
3649 Lower Newton Road                                Request No. 1005633
Swanton, VT  05488                                   ADW:JTR

Dear Mr. Singh:

    This responds to your letter of August 21, 2006, concerning the status of the Federal
Bureau of Investigation's action following your appeal.

    By letter dated August 25, 2005, this Office informed you that your appeal of the denial
of your request for records pertaining to yourself was being remanded for further processing.  A
member of my staff has confirmed that the FBI currently is processing your remanded request.
However, I am not able to provide you with a specific time when you may expect a response
from the FBI.  If you have any further questions concerning the status of your request, you should
communicate directly with the FBI using the information below.

    If you remain dissatisfied with the action of the FBI, you may seek judicial review as
indicated in letter dated August 25, 2005 (copy enclosed).  I regret that I am unable to provide
you further assistance in this matter.

                           Sincerely,

                           Daniel J. Metcalfe
                           Director

Enclosure

cc:    Mr. David M. Hardy, Chief
      Record/Information Dissemination Section
      Records Management Division
      Federal Bureau of Investigation
      Department of Justice
      935 Pennsylvania Avenue, NW
      Washington, DC  20535-0001

      FOIA Requester Service Center:
      (202) 324-9486

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SATNAM SINGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-01064(RJL) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |

# EXHIBIT S

Satnam Singh
No. 79538
Northwest State Correctional Facility
3649 Lower Newton Road
Swanton, Vt 05488
October 30th 2006.

Mr David M. Hardy, Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Department of Justice
935 Pennsylvania Av, NW.
Washington, DC 20535-0001

**Re: Appeal No. 05-1679**
**Request No. 1005633**
**ADW : JTR**

Dear Mr Hardy:

    Enclose is the letter from Director Daniel J. Metcalfe of the Office of Information and Privacy. I would sincerely appreciate if your office could give me an update on when I could expect to receive my F.O.I.A file. **I have requested this information since 2004.**

    My other option , as instructed by Director Metcalfe is to file a judicial review in the accordance with  5 U.S.C.  522(a) (4) (B). In the next 30 days.

    I anxiously await your response and thank you in advance for it.

Sincerely,

Satnam Singh

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**OCT 2 5 2006**

Mr. Satnam Singh
No. 79538
Northwest State Correctional Facility          Re:    Appeal No. 05-1679
3649 Lower Newton Road                                 Request No. 1005633
Swanton, VT 05488                                      ADW:JTR

Dear Mr. Singh:

This responds to your letter of August 21, 2006, concerning the status of the Federal Bureau of Investigation's action following your appeal.

By letter dated August 25, 2005, this Office informed you that your appeal of the denial of your request for records pertaining to yourself was being remanded for further processing. A member of my staff has confirmed that the FBI currently is processing your remanded request. However, I am not able to provide you with a specific time when you may expect a response from the FBI. If you have any further questions concerning the status of your request, you should communicate directly with the FBI using the information below.

If you remain dissatisfied with the action of the FBI, you may seek judicial review as indicated in letter dated August 25, 2005 (copy enclosed). I regret that I am unable to provide you further assistance in this matter.

Sincerely,

Daniel J. Metcalfe
Director

Enclosure

cc:    Mr. David M. Hardy, Chief
       Record/Information Dissemination Section
       Records Management Division
       Federal Bureau of Investigation
       Department of Justice
       935 Pennsylvania Avenue, NW
       Washington, DC 20535-0001

       FOIA Requester Service Center:
       (202) 324-9486

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

AUG 2 5 2005

Mr. Satnam Singh
Register No. 71847-004
LSCI Allenwood                    Re:   Appeal No. 05-1679
Post Office Box 1000                       Request No. 1005633
White Deer, PA  17887                      RLH:ADW:JTR

Dear Mr. Singh:

     You appealed from the action of the Headquarters Office of the
Federal Bureau of Investigation on your request for access to records
concerning you.

     After carefully considering your appeal, and as a result of
discussions between FBI personnel and a member of my staff, the FBI
conducted a further search and located records responsive to your
request.  Accordingly, I have decided to remand your request for
processing of the responsive records.  The FBI will send the
releasable portions of these records to you directly.  If you are
dissatisfied with the FBI's ultimate action on these records, you may
appeal again to this Office.

     If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                              Sincerely,



                              Richard L. Huff
                              Co-Director

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

|                                        |     |                                |
|----------------------------------------|-----|--------------------------------|
| SATNAM SINGH,                          | )   |                                |
|                                        | )   |                                |
|     Plaintiff,     | )   |                                |
|                                        | )   |                                |
|       v. | )   | Civil Action No. 07-01064(RJL) |
|                                        | )   |                                |
| FEDERAL BUREAU OF INVESTIGATION,       | )   |                                |
|                                        | )   |                                |
|     Defendant.     | )   |                                |
|                                        | )   |                                |

# EXHIBIT T



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

December 12, 2006

MR SINGH SATNAM
\*\*71847-004
2240 HUBBARD ROAD
YOUNGSTOWN, OH 44505

Request No.:  1005633- 001
Subject: SATNAM, SINGH

Dear Requester:

This is in further response to your Freedom of Information-Privacy Acts (FOIPA) request.

Information which might relate to your FOIPA request was located by a search of the indices to the Central Records System at FBI Headquarters.  However, this material is unavailable and has been placed on "special locate."  If and when it is verified that the information is pertinent to your request, you will be notified.

You may file an administrative appeal by writing to the Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter.  The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal."  Please cite the FOIPA number assigned to your request so that it may be easily identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division