UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Satnam Singh-**
**Plaintiff**

VS.

**Federal Bureau of Investigation**
**Defendant**

Civil Action No. 07-1064(RJL)

RECEIVED
SEP - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### Response to Defendant

**Plaintiff (Satnam Singh)** pro se, hereby response to defendant (F.B.I.) above the law mentality and still playing fast and loose with the court in delaying and denying Plaintiff (Satnam Singh) his FOIA file under the law. They said that they have located files from their field office. Why don't they just release it to me? **What are they afraid of?**

Plaintiff (Satnam Singh) response to Defenses (FBI) response under Affirmative Defenses.

### FIRST DEFENSE

States the complaint fails to state a claim upon which relief can be granted.
In Plaintiff (Satnam Singh) complaint on page 1, first paragraph, he requests the court help in obtaining his FOIA **since 2004** and also on page 2 of complaint under Relief. The Court is respectfully referred to the complaint.

What part of plaintiff (Satnam Singh) complaint does this so call professional lawyer, don't under stand under the relief sought section or are they conspiring with the FBI in delaying and slowing the release of my FOIA file and wasting the courts time. The Court is respectfully referred to paragraph 13 of plaintiff letter and retype again is

13. **February 19th, 2004** article reporting "**Misconduct by F.B.I. Agents is a 'List or Horrors'** in the New York Times. With examples of agents who committed rape, sexually crimes against children, other sexual deviance and misconduct, attempt murder of a spouse, and narcotics violations, among many others. <u>The F.B.I. sought to **"cover up"** the findings of its 2000 report by slowing the research and blocking its release.</u>  **Is the F.B.I above the law?**

### SECOND DEFENSE

The complaint fails for a lack of subject matter jurisdiction.
**Plaintiff (Satnam Singh)** pro se is unschooled in lawyer and since the FBI and its FOIA office are in Washington D.C, the court did look over Plaintiff (Satnam Singh) serious complaint and felled that it had merit to ask the FBI to response to it. Why is the FBI trying to delay the release of this information? All I am requesting is my FOIA file.

### THIRD DEFENSE

1. I am glad that they admitted to it.

2: I know that the FBI has a file on me on or **before 1987** due to my arrest and trail in Washington D.C. When the court gets access to these files, they will know that I am telling the truth and they are lying. They though that I will trust their statement that **"at FBI Headquarters located no records responsive to your FOIPA request to indicate you and / or the subject(s) of your request have ever been of investigatory interest to the FBI."**
In the last two months, a Federal Judge award over $100 million judgment against the FBI. They have a history of

misconduct, violation of civil rights and etc. They have to be held accountable. **Nobody is above the law.**

3: Refer to paragraph 2 and the court will see the deliberate "false discloser".

4: At least they admit to this letter.

5: The court is respectfully referred to the letter that states **"the FBI conducted a further search <u>and located records responsive to your request</u>"**. These are not allegation but facts from the Office of Information and Privacy. Plaintiff and request the court to demand a written response to their above the law mentality.

6: The court can by now see a pattern that they use to delay plaintiff (Satnam Singh) his FOIA File.

7: The court can now see again, that the plaintiff (Satnam Singh) has made repeatedly request to get his FOIA file and request the court help.

8: The court can see again that the FBI is playing games by not releasing his FOIA file again.

9: Another letter to Deputy Director Ms Melanie Ann Pustay at the Office of Information and Privacy (OIP), **requesting their help** in obtaining my FOIA file. The court is respectfully referred to the letter which is the best evidence of its contents.

10: The court is respectfully referred to the letter which is the best evidence of its contents.

11: The courts is respectfully referred to the letter which is the best evidence of its contents and attach and highlighted is my prison log on October 30th 2006 of plaintiff (Satnam Singh) outgoing mail from Northwest State Correctional Facility in Vermont to Mr David M. Hardy, Chief of Record/ Information Dissemination, Section of the FBI from my caseworker Steve Andrews. Why are they playing fast and lose with the court intelligence. Are they trying to denial that I send this letter, thank God, my prison keep a record of all going mail of inmates.

12: The court is respectfully referred to the letter which is the best evidence of its contents and now have an oppournity to find out why they are willing to underreported to congress. Is the FBI above the law or have no regard for the truth to be told. All plaintiff wants is his FOIA file. The court can see a pattern of their dirty tricks.

13: The court is respectfully referred to the letter which is the best evidence of its contents and quotes the 2 sentence of New York Times article The F.B.I. sought to **"cover up"** the findings of its 2000 report by slowing the research and blocking its release. Is the F.B.I above the law? The court now has an opportunity to obtain a written response from the FBI.

## PRAYER FOR RELIEF

Plaintiff (Satnam Singh) pro se who have patiently and repeatly written since 2004 to obtain his FOIA file and have been given the run around by those who are suppose to uphold the law. Plaintiff pray that the court will set an example to those who think that they are above the law and find them $1000 a day and that money be give to the Salvation Army for a very good cause and **request the court help in obtaining his FOIA file from the FBI immediately.**

Respectfully Submitted,
Satnam Singh
Inmate # 79538
Northwest State Correctional facility
3649 Lower Newton Road
Swanton, Vt 05488
August 31st, 2007

NORTHWEST STATE CORRECTIONAL FACILITY

CASEWORK REQUEST FORM

TO:   CWS/Casework Supervisor   *Steve Andrews*

FROM: *Singh Satnam*                              Living Unit: *S-12*

I am making the following request: ( Be specific with explanation stated.) _____

*Steve, when you get a chance could I have my Mail Log. Thanks.*

*NOTE*   All requests <u>must</u> pertain to casework issues. Example: Classification issues, caseworker issues, good-time issues, etc. All other security and house keeping issues <u>must</u> be submitted thru the normal ARB process and addressed to the SOS of the facility.

Decision of : Casework Staff/CWS

_____ Approved

_____ Disapproved

_____ Under consideration

Comments: _____

_____

_____

_____

Signature: _____   Date: _____

# MAIL LOG

| DATE | NAME | ADDRESS | FREE | PREPAID | COMMENTS |
|---|---|---|---|---|---|
| 10/22 | Douglas Bobseng | 15 Pine Island Rd Ste 201, Plantation FL 33324 | | X | |
| " | ELIZABETH CARPENTER | 3510 E. HAMPTON AVE #115, MESA AZ 85204 | | Y | |
| " | FRANCISCO IRIGOO | 13512 SE 75TH ST, Newcastle WA 98059 | | X | |
| " | Ron Carter | P.O. Box 471135, San Francisco CA 94147 | | Y | |
| " | Gurmeil Singh | H. No 672 PHASE 4 Mohali, Punjab INDIA | | Y | |
| " | ARUN KUMAR VP, Peoples Un. Civil Lib. | BIHAR STATE UNIT PEOCOERS, PATNA 800001 INDIA | | X | |
| 10/25 | VIKRAM DHILLON | 2/96 Wallace Rd, Nielzierd Papatoctoe Ackland | X | X | |
| 10/24 | Chavik Singh | | | XX | XXX |
| 10/25 | Gurpreet Singh | India | | | |
| 10/26 | Jasbir Singh | Orlando FL 33805 | | | |
| 10/27 | Sandeep Singh | Tharland | | ✓ | |
| 10/28 | Harinant Singh | BLK 448, CHOA CHU KANG AVE, Singapore 680448 | X | X | CCC |
| 10/29 | Remant Kaur | Malaysia | | X | |
| | Indian Express | 505 5th Ave, NY NY | | | |
| 10/30 | J.S. Grewal | 14 Broad Mead, Luton UK LU3 1RX | | | |
| | David Hardy (IDI) | 535 Pennsylvania Av, Wash DC | | | |
| 10/31 | Gurmeen Bal | San Ramon CA | | ✓ | |
| " | Kalvinder Chann | Nepean, ON | | X | CCC |
| 11/2 | Jasmeet Singh | 145 Munet Rd UK | | X | 800 |
| 11/3 | Mr Indrajit Singh | India | | X | ✓ |
| " | Narinder Singh | India | | X | 800 |
| " | Shan Heritage Foundation | | | X | |
| 11/6 | Green Mtn Coffee | Waterbury VT 05676 | | X | |
| " | | 11 Sams Rd UK | | X | |
| " | Harpreet Singh | Birmingham B24 1ST | | X | |
| 11/7 | Kamal Tehal | #113 5666, 124 A St, Surrey BC V3X | X | X | CCC |
| 11/9 | Gurpreet Sekhon | 21 Gliding Rd, Hyde NSW 2113 Australia | X | X | CCC |
| 11/9 | Bilaja Singh | Chandigarh INDIA | X | X | CCC |
| 11/9 | INDERJIT SINGH | TANZANIA AFRICA | | X | CCC |