**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

SEP 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SATNAM SINGH,

        Plaintiff,

      v.

FEDERAL BUREAU OF INVESTIGATION,

        Defendant.

:
:
:
:
:
:
:
:
:
:

Civil Action No. 07-1064 (RJL)

## ORDER

It is hereby

ORDERED that defendant shall release to plaintiff records responsive to his Freedom of

Information Act request (FOIPA Request No. 04-1005633) by **December 7, 2007**. Plaintiff shall

notify defendant in writing by **January 7, 2008** whether the released documents (with any

asserted exemptions) satisfy his Freedom of Information Act request sufficient to resolve this

litigation. If so, the parties shall file an appropriate motion or other notice to the Court. If

plaintiff is not satisfied with defendant's response, defendant shall file its dispositive motion by

**March 3, 2008**; plaintiff shall file his opposition by **April 3, 2008**; defendant shall file its reply,

if any, by **April 18, 2008**.

        SO ORDERED.

RICHARD J. LEON
United States District Judge

Date: 9/14/07

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

SEP 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SATNAM SINGH,                                    :
                                                 :
                    Plaintiff,                   :
                                                 :
        v.                                       :    Civil Action No. 07-1064 (RJL)
                                                 :
FEDERAL BUREAU OF INVESTIGATION,                 :
                                                 :
                    Defendant.                   :

**ORDER**

It is hereby

ORDERED that defendant shall release to plaintiff records responsive to his Freedom of

Information Act request (FOIPA Request No. 04-1005633) by **December 7, 2007**. Plaintiff shall

notify defendant in writing by **January 7, 2008** whether the released documents (with any

asserted exemptions) satisfy his Freedom of Information Act request sufficient to resolve this

litigation. If so, the parties shall file an appropriate motion or other notice to the Court. If

plaintiff is not satisfied with defendant's response, defendant shall file its dispositive motion by

**March 3, 2008**; plaintiff shall file his opposition by **April 3, 2008**; defendant shall file its reply,

if any, by **April 18, 2008**.

SO ORDERED.

RICHARD J. LEON
United States District Judge

Date: 9/14/07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SATNAM SINGH,                           :
                                        :
                Plaintiff,              :
                                        :
        v.                              :    Civil Action No. 07-1064 (RJL)
                                        :
FEDERAL BUREAU OF INVESTIGATION,        :
                                        :
                Defendant.              :

## ORDER

It is hereby

ORDERED that defendant shall release to plaintiff records responsive to his Freedom of

Information Act request (FOIPA Request No. 04-1005633) by **December 7, 2007**. Plaintiff shall

notify defendant in writing by **January 7, 2008** whether the released documents (with any

asserted exemptions) satisfy his Freedom of Information Act request sufficient to resolve this

litigation. If so, the parties shall file an appropriate motion or other notice to the Court. If

plaintiff is not satisfied with defendant's response, defendant shall file its dispositive motion by

**March 3, 2008**; plaintiff shall file his opposition by **April 3, 2008**; defendant shall file its reply,

if any, by **April 18, 2008**.

        SO ORDERED.

RICHARD J. LEON
United States District Judge

Date: 9/14/07