UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SATNAM SINGH | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL NO. 07-1064 (RJL) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION | ) | |
| Defendant. | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the

Federal Rules of Civil Procedure, for an enlargement of time within which to file a response

to Plaintiff's complaint.  In support of this request, the Defendant states as follows:

1. Pursuant to the Court's Order on September 9, 2007,  Defendant has released documents

responsive to Plaintiff's Freedom of Information Act ("FOIA") complaint that involves the

Federal Bureau of Investigation ("FBI") (headquarters).

2. Also pursuant to the Court's Order on September 9, 2007, the defendant was to file a motion

for summary judgment on March 3, 2008.

3. As a result of the search for responsive documents that can be released, the FBI has had to

refer documents to five other agencies.

4. Defendant has substantially completed the Motion for Summary Judgment. However, the

undersigned has only learned today that one referral agency has not returned a completed

declaration. In addition, due to this oversight, the undersigned has not had an opportunity to

confer with the agency concerning the declaration.

5. Additionally, the undersigned is scheduled to participate in an evidentiary hearing in <u>Moore v. Chertoff</u> 00-953 this week, that has required him to extend several other deadlines in other cases. Moreover, defendant has to prepare to put on evidence at the hearing this week which may impede the undersigned's ability to confer with the various agency counsel concerning this matter.

6. Defendant will confer with the agency who has not yet provided its finalized declaration. Defendant is requesting an two day extension up to and including March 5, 2008 to file its response to the Plaintiff's complaint.

7. Counsel for Defendant is currently unable to comply with LCvR 7(m) as Plaintiff is currently incarcerated.

Wherefore, in an abundance caution, the Defendant requests until March 5, 2008, to file its Motion for Summary Judgment.

A proposed Order accompanies this motion.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, BAR # 498610
United States Attorney

_____/s_____
BENTON G. PETERSON,  Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.  Civil Division
Washington, D.C.  20530

(202) 514-7238 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing  was served upon plaintiff by depositing a copy of it in the U.S.

Mail, first class postage prepaid, addressed to:

> Satinam Singh
> Inmate #79538
> Northwest State Correctional Facility
> 3649 North Newton Road
> Swanton, Vt. 05488

on March 3, 2008

_____

BENTON G. PETERSON
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SATNAM SINGH                                    )
      Plaintiff,                          )
                                 )
                                 )
v.                                              )        CIVIL NO. 07-1064 (RJL)
                                 )
FEDERAL BUREAU OF INVESTIGATION )
      Defendant.                          )

ORDER

UPON CONSIDERATION of the Defendant's Motion For Enlargement of Time to File a

Response to Plaintiff's Complaint, the grounds stated therefore and the entire record in this

matter, it is by the Court this _____ day of _____, 2008, hereby

ORDERED that the said motion be and hereby is granted and Defendant will have until

March 5, 2008  to file its Motion for Summary Judgment.


_____
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SATNAM SINGH                                    )
      Plaintiff,                                )
                              )
                              )
v.                                              )          CIVIL NO. 07-1064 (RJL)
                              )
FEDERAL BUREAU OF INVESTIGATION )
      Defendant.                                )

ORDER

UPON CONSIDERATION of the Defendant's Motion For Enlargement of Time to File a

Response to Plaintiff's Complaint, the grounds stated therefore and the entire record in this

matter, it is by the Court this _____ day of _____, 2008, hereby

ORDERED that the said motion be and hereby is granted and Defendant will have until

March 5, 2008  to file its Motion for Summary Judgment.

_____
UNITED STATES DISTRICT COURT JUDGE