UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LET THIS BE FILED
[signature] 5/2/08

| | |
|---|---|
| **Satnam Singh-** ) | |
| **Plaintiff** ) | |
| ) | **Civil Action No. 07-1064(RJL)** |
| VS. ) | |
| ) | |
| **Federal Bureau of Investigation** ) | |
| **Defendant** ) | |

FILED
MAY 05 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Motion for Summary Judgment.

**Plaintiff (Satnam Singh)** pro se, is in need of this court help to obtain all his FOIA file from the defendant (F.B.I.) who are playing fast and loose with the court order.

In my **Exhibit 1** on March 2nd 2008 motion to the court;

The, FBI (defendant) letter dated on November 28, 2007 informing me that 512 pages are being withheld for so call national security interest and etc.

Now after my objection and appealing their un trustworthiness, they have release a few more pages. The FBI (defendant) are stating that of the 904 pages total, 392 pages are withheld as duplicate documents, 30 pages are being transfer to other government agency for direct response, 317 pages were release to me and **81 pages are being withheld in full**. Why did they say that 512 pages are being withheld for so call national security interest and etc?

**Under the FOIA, the burden is on the agency to produce affidavits or declaration that describe the documents involved and justify the non-disclose in a clear, specific and reasonable detailed manner.**

In their Motion, that I received on March 11th, 2008 it said that If I want any additional information I would have to submit a new request to the FBI. That means that they have more information.

Why are they disrespecting to the court order, are they above the law? If I want those pages, I have to jump more hops and play their games and waste the courts time.

**Plaintiff (Satnam Singh)** pro se, is unschooled in the law and wish that the court, in the interest of justice would appoint an expert in the FOIA field, a lawyer in this case.

**I have been accused of statements that I never made. The whole truth must come out.**

They quoted Halperin v CIA, 629 F.2d 144 (D.C Cir 1980) As the D.C. Circuit has explained, judges "lack the expertise necessary to second'–guess such agency opinions in the typical national security FOIA.

They have not provided any prove, it is just like asking the fox to watch the chicken cage.

Enclose is **Exhibit 1**: Recent article from the Associated Press on **March 6th 2008** about the FBI underreporting to Congress. (That means they deliberately and knowing lied to congress, would they do that in your court?) Not one letter, but 4600 letters. This shows their disrespect for the law, how can they now or ever be trusted.

In my **February 19th, 2004** article which the court has, it reported "**Misconduct by F.B.I. Agents is a 'List or Horrors'** the F.B.I. sought to **"cover up"** the findings of its 2000 report by slowing the research and blocking its release. Is the F.B.I above the law? They are using the same method.

The defendant (FBI) letter dated on April 14, 2005 stated "at **FBI Headquarters located no records responsive to your FOIA request to indicate you and/ or the subject(s) of your request have ever been of investigatory interest to the FBI that I have not been and subject of any FBI, sign by David M Hardy, section chief.**

When I request my FOIA in 2004, it was for all of my information, they the defendant (F.B.I.) has only release some information thru 1988. **I am missing about 15 years of information**.

I don't understand why they, The FBI( Defendant) are suggesting to the court about the cost of the copies in their March 5th 2008 motion, when my correctional facility did send out a check on December 24th 2007 and the court have a copy of it too.

### PRAYER FOR RELIEF

Plaintiff (Satnam Singh) pro se who have patiently and repeatly written since 2004 to obtain all his FOIA file, have been given the run around by those who are suppose to uphold the law. Plaintiff pray that the court will set an example to those who think that they are above the law and find them $1000 a day immediately and that money be give to the Salvation Army for a very good cause and **request the court help in obtaining his entire FOIA file from the FBI immediately.**

Respectfully Submitted,

*Satnam Singh*
Satnam Singh
Inmate # 79538
Northwest State Correctional facility
3649 Lower Newton Road
Swanton, Vt 05488
March 26th, 2008

March 6, 2008

Exhibit 1

## FBI chief says report shows privacy abuses

The Associated Press

WASHINGTON — The FBI acknowledged Wednesday it improperly accessed Americans' telephone records, credit reports and Internet traffic in 2006, the fourth straight year of privacy abuses resulting from investigations aimed at tracking terrorists and spies.

The breach occurred before the FBI enacted broad new reforms in March 2007 to prevent future lapses, FBI Director Robert Mueller said. And it was caused, in part, by banks, telecommunication companies and other private businesses giving the FBI more personal client data than was requested.

Testifying at a Senate Judiciary Committee hearing, Mueller raised the issue of the FBI's controversial use of so-called national security letters in reference to an upcoming report on the topic by the Justice Department's inspector general.

An audit by the inspector general last year found the FBI demanded personal records without official authorization or otherwise collected more data than allowed in dozens of cases between 2003 and 2005. Additionally, last year's audit found that the FBI had underreported to Congress how many national security letters were requested by more than 4,600.

The new audit, which examines use of national security letters issued in 2006, "will identify issues similar to those in the report issued last March," Mueller told senators. The privacy abuse "predates the reforms we now have in place," he said.

# In Brief
## NATION

"We are committed to ensuring that we not only get this right, but maintain the vital trust of the American people," Mueller said. He offered no additional details about the upcoming audit.

National security letters, as outlined in the USA Patriot Act, are administrative subpoenas used in suspected terrorism and espionage cases.

They allow the FBI to require telephone companies, Internet service providers, banks, credit bureaus and other businesses to produce highly personal records about their customers or subscribers without a judge's approval.

## Feds admit vaccines hurt Georgia girl

The Associated Press

Government health officials have conceded that childhood vaccines worsened a rare, underlying disorder that ultimately led to autism-like symptoms in a Georgia girl, and that she should be paid from a federal vaccine-injury fund.

Medical and legal experts say the narrow wording and circumstances probably make the case an exception — not a precedent for thousands of other pending claims.

The government "has not conceded that vaccines cause autism," said Linda Renzi, the lawyer representing federal officials, who have consistently maintained that childhood shots are safe.