**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SATNAM SINGH,                                    :
                                                 :
        Plaintiff,                           :
                                                 :
v.                                               :     Civil Action No. 07-1064 (RJL)
                                                 :
FEDERAL BUREAU OF INVESTIGATION,                 :
                                                 :
        Defendant.                           :

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion for summary judgment [Dkt. #14] is GRANTED IN

PART and DENIED IN PART WITHOUT PREJUDICE.  Defendant shall file a renewed motion

for summary judgment within 45 days of entry of this Order.  It is further

ORDERED that plaintiff's motion for summary judgment [Dkt. #16] is DENIED.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

Date:  8/31/08